# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00626-DME-KLM

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs,

v.

BIG BIRDS, LLC,
DAVE'S MARKET, LLC,
DAVID PAIGE,
JUDAH HOLLAND, and
JOHN DOES 1-10, individually or as corporate entities,

    Defendants.

---

## ORDER

---

Before the Court is Plaintiffs' timely objection to the magistrate judge's non-dispositive order vacating the scheduling conference set for July 19, 2019, and staying discovery until the Court resolves Defendants' Fed. R. Civ. P. 12(b) motion to dismiss Plaintiffs' case.  (Doc. 36.)  The Court will defer to the magistrate judge's decision "unless it is clearly erroneous or contrary to law." Hutchinson v. Pfeil, 105 F.3d 562, 566 (10th Cir. 1997) (citing 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a)).  The Court finds no such error.

The magistrate judge recognized that she had discretion to stay discovery even though stays are generally disfavored.  After considering the factors the parties agree are relevant, see String Cheese Incident, LLC v. Stylus Shows, Inc., No. 1:02-cv-01934-

LTB-PA, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2008) (unreported), the magistrate judge reached a reasoned determination that discovery should be stayed in this case and the previously set scheduling conference vacated.  Plaintiffs have not shown that that decision was either clearly erroneous or contrary to law.  Plaintiffs' objection is, therefore, OVERRULED.

The Court is actively considering the Defendants' Motion to Dismiss and anticipates a ruling within the next two or three weeks.

DONE AND SIGNED this 25th day of July, 2019.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge