**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00626-DME-KLM

OTTER PRODUCTS, LLC et al.,

        Plaintiffs,

v.

BIG BIRDS, LLC et al.,

        Defendants.

---

**MOTION TO WITHDRAWAL OF IAN R. RAINEY**

---

Counsel for Defendants Big Birds, LLC, Dave's Market, LLC, David Page and Judah Holland ("Defendants") respectfully moves the Court for an order allowing for the withdrawal of Ian R. Rainey as counsel of record for Defendants, pursuant to D.C.COLO.LAttyR 5(b), and states as follows:

1. Attorney for Defendants, Ian R. Walsworth, has accepted a position with another firm, and will file a Notice of Change of Address and updated the Attorney Service Portal to reflect this change shortly.

2. Ian R. Rainey is also counsel of record for Defendants in this matter. Mr. Rainey will remain a member of Lewis Brisbois Bisgaard & Smith, LLP and desires to withdraw from representation of Defendants in this matter.

3. Defendants Big Birds, LLC, Dave's Market, LLC, David Page and Judah Holland continue to be represented by Anthony F. Lo Cicero, Mark Berkowitz, and Sandra A. Hudak of Amster Rothstein & Ebenstein, LLP and Ian R. Walsworth of FisherBroyles, LLP in this matter. Thus, no prejudice will result from the withdrawal of Mr. Rainey as counsel for Defendants.

WHEREFORE, Defendants respectfully requests Mr. Rainey be terminated as counsel of record for Defendants and removed from ECF notification for this matter. A proposed Order is filed contemporaneously herewith for the Court's convenience.

Dated:  February 19, 2020              Respectfully Submitted,


By:  */s/* Ian R. Rainey
Ian R. Rainey
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 400
Denver, CO 80203
Phone: (303) 861-7760
E-mail: Ian.Rainey@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2020, I presented the foregoing MOTION TO WITHDRAWAL OF IAN R. RAINEY was filed electronically by uploading to the Court's CM/ECF system which will send notification of the filing to the following:

| | |
|---|---|
| Arryn K. Miner<br>Tyler B. Pensyl<br>William D. Kloss<br>Vorys Sater Seymour & Pease, LLP<br>P.O. Box 1008<br>52 East Gay Street<br>Columbus, OH 43216-1008<br>Phone: (614) 464-5616<br>Fax:    (614) 719-4963<br>E-mail: akminer@vorys.com<br>            tbpensyl@vorys.com<br>            wdklossjr@vorys.com | Joshua A. Weiss<br>Martha L. Fitzgerald<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202-4432<br>Phone: (303) 223-1268<br>E-mail: jweiss@bhfs.com<br>            mfitzgerald@bhfs.com |

*Attorneys for Plaintiffs*

                                        */s/ Ian R. Rainey*
                                        Ian R. Rainey