IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00626-DME-KLM

---

OTTER PRODUCTS, LLC and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs,

v.

BIG BIRDS, LLC,
DAVE'S MARKET, LLC,
DAVID PAIGE,
JUDAH HOLLAND, and
JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants.

---

BIG BIRDS, LLC, and DAVE'S MARKET, LLC,

    Counterclaim-Plaintiffs,

v.

OTTER PRODUCTS, LLC and
TREEFROG DEVELOPMENTS, INC.

    Counterclaim-Defendants.

---

## MOTION TO WITHDRAW AS ATTORNEY

---

    Counsel for Defendant/Counterclaim-Plaintiff Big Birds, LLC and Defendant David Paige (collectively, "Defendants") respectfully moves the Court for an order allowing for the

withdrawal of Anthony F. Lo Cicero and Marc J. Jason as counsel of record for Defendants, pursuant to D.C.COLO.LAttyR 5(b), and states as follows:

1. Attorneys for Defendants, Mark Berkowitz and Sandra A. Hudak, have accepted positions with another firm, and recently filed a Notice of Change of Address and updated the Attorney Service Portal to reflect this change.

2. Anthony F. Lo Cicero and Marc J. Jason are also counsel of record for Defendants in this matter. Mr. Lo Cicero and Mr. Jason will remain members of Amster, Rothstein & Ebenstein LLP and desire to withdraw from representation of Defendants in this matter.

3. Defendants continue to be represented by Mark Berkowitz, Sandra A. Hudak, and Ian R. Walsworth in this matter. Thus, no prejudice will result from the withdrawal of Mr. Lo Cicero and Mr. Jason as counsel for Defendants.

WHEREFORE, Defendants respectfully requests Mr. Lo Cicero and Mr. Jason be terminated as counsel of record for Defendants and removed from ECF notifications for this matter. A proposed Order is filed contemporaneously herewith for the Court's convenience.

Dated: January 22, 2021            Respectfully submitted,

*/s/Ian R. Walsworth*
Ian R. Walsworth
FISHERBROYLES LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80203
Telephone: (303) 803-6158
E-mail: Ian.Walsworth@fisherbroyles.com

Mark Berkowitz
Sandra A. Hudak
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Telephone: (212) 216-8000
FAX: (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com
shudak@tarterkrinsky.com

Anthony F. Lo Cicero
Marc J. Jason
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
FAX: (212) 336-8001
E-mail: alocicero@arelaw.com
         mjason@arelaw.com

*Attorneys for Defendants/Counterclaim-Plaintiff Big Birds, LLC and Defendant David Paige*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2021, a true copy of the foregoing motion was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.

*s/ Ian R. Walsworth*
Ian R. Walsworth

4843-3558-5494v.1