# EXHIBIT 15

1

2   IN THE UNITED STATED DISTRICT COURT

3      FOR THE DISTRICT OF COLORADO

4

5   OTTER PRODUCTS, LLC and TREEFROG

6   DEVELOPMENTS, INC.,

7      Plaintiffs,

8   vs.

9   BIG BIRDS, LLC, DAVE'S MARKET, LLC, DAVID

10  PAIGE, JUDAH HOLLAND, and JOHN DOES 1-10,

11

12     Defendants.

13
    ****************************************
14          ZOOM DEPOSITION OF STACIE LUKAS
               September 24, 2020
15               8:00 a.m.
    ****************************************
16

17
    PURSUANT TO THE COLORADO RULES OF
18  CIVIL PROCEDURE, this deposition was:

19

20  TAKEN BY:

21     SANDRA HUDAK ESQ.
       ATTORNEY FOR DEFENDANTS
22

23     REPORTED BY:

24     BELLE VIVIENNE, CRR, CLR #513

25     JOB NO. 184479

1

2    A P P E A R A N C E S

3

     FOR THE PLAINTIFFS:
4
         BY: WILLIAM KLOSS, JR., ESQ.
5        VORYS, SATER, SEYMOUR AND PEASE
         52 East Gay Street
6        Columbus, Ohio 43215

7

8    FOR THE DEFENDANTS:

9        BY: SANDRA HUDAK, ESQ.
             MARK BERKOWITZ, ESQ.
10       AMSTER ROTHSTEIN & EBENSTEIN
         90 Park Avenue
11       New York, New York 10016

12

13   VIDEOGRAPHER:
         MICHAEL PHAM
14
     ALSO PRESENT:
15       JENNIFER BECKER, ESQ.,
         In-house Counsel for Otter Products
16

17

18

19

20

21

22

23

24

25

1

2                          INDEX

3   WITNESS:

4
    Examination by:
5     MS. HUDAK                                     6

6                         *****
                     E X H I B I T S
7
    Exhibit         Description                  Page
8   Exhibit 28      Otter Products, LLC,          53
                    Online Quality
9                   Control Auditing
                    Program
10  Exhibit 29      Otter Products, LLC,          58
                    Online Quality
11                  Control Auditing
                    Program Inspection
12                  of Product Reviews
                    Worksheet
13  Exhibit 30      Otter Products               62
                    Online Quality
14                  Control Auditing
                    Program Product
15                  Purchase Worksheet
    Exhibit 31      Document                      66
16                  Bates-numbered Otter
                    3066 to 3067
17  Exhibit 32      Document                      68
                    Bates-numbered Otter
18                  3145 through 3156
    Exhibit 33      Document                      83
19                  Bates-numbered 3202
    Exhibit 34      Document                      84
20                  Bates-numbered 3203
    Exhibit 35      Document                      92
21                  Bates-numbered 3458
                    to 3459
22  Exhibit 36      alwayz-on-sale               111
                    screenshot
23  Exhibit 37      Home & Above                 119
                    screenshot
24  Exhibit 38      OtterBox screenshot          125

25
                          *****


1          S. Lukas

2     Q.    And what's the name of this

3  employee?

4     A.    Sara Yamashiro.

5     Q.    Okay.  And when you were

6  reviewing these applications, what were

7  you reviewing them for?  What types of

8  criteria would you be assessing?

9     A.    We would review them.  We were

10  basically vetting the business, so we get

11  business name, address.  We ask for

12  pictures of their storefronts, and we ask

13  them to explain a little bit about their

14  business model and how Otter Products fits

15  into their business model.

16          So we would search their

17  address, make sure it's a legitimate

18  address.  Is it a business, a

19  brick-and-mortar store, or is it just a

20  house, somebody who's trying to apply with

21  their residential address.  We would look

22  to see how their store was set up and if

23  that would -- if that fit into the

24  guidelines that Otter has for -- for

25  resellers, the environment that we would

1          S. Lukas

2   want our products to be sold in.  And we

3   would also look to see if we had any --

4   sorry.

5       Q.     Sorry.  Go ahead.

6       A.     That's okay.  We would also vet

7   them against the rest of our database.  We

8   have a couple of other people in the brand

9   protection department that do

10  anticounterfeiting.  So we would also

11  search our existing database to see if we

12  had any prior information on that

13  applicant, let's say, if they were selling

14  counterfeit previously or trying to import

15  counterfeits, information like that.

16      Q.     Okay.  And you said earlier that

17  one of the criteria you were assessing was

18  looking to see how the applicant's store

19  was set up; is that correct?

20      A.     Yes.

21      Q.     And what guidelines would you be

22  assessing in that respect?

23      A.     We were looking at the store

24  setup.  We asked for pictures of where

25  they would be displaying the Otter

1                    S. Lukas

2  products.  So if they had a neat display,

3  if they had pegs on the wall -- an

4  organized and neat display.

5            Are the products displayed

6  correctly?  You know, if a consumer walked

7  into the store, would they be able to find

8  Otter products, OtterBox or LifeProof

9  cases.

10     Q.    Okay.  And so you said that you

11  started in November 2014 and that you

12  still occasionally review these

13  applications.  Have these applications

14  changed at all between November 2014 and

15  today?

16     A.    Yes.

17     Q.    Do you know when these changes

18  were made?

19     A.    Yes, October of 2018.

20     Q.    And what changes were made in

21  October of 2018?

22     A.    We added additional fields to

23  vet the applicants.  So previously we were

24  asking for -- FEIN was one of the fields

25  included.  FEIN, the Federal Employer

1              S. Lukas

2    Identification Number.  So now we have

3    that as well as the Dun & Bradstreet

4    number.

5              We ask for their resale

6    certificate number, their issuing state.

7              We ask if there's any prior

8    bankruptcies involved with the owners of

9    the company, if there's any pending

10   lawsuits with the business, just some

11   additional questions to get more -- to be

12   able to vet the state of the business.

13             We also added a whole section

14   about online selling.  So we asked if they

15   wished to sell online, and if they marked

16   "yes," then there was additional questions

17   that they need to fill out about how do

18   they handle the product, where do they

19   store the product, how do they fulfill the

20   product, which websites they would like to

21   be authorized to sell.  They have to list

22   all of their websites, and then we either

23   approve or deny the websites that they

24   have applied for.

25                 There was also updates to the

1                    S. Lukas

2    reseller terms in the applications, as

3    well as an online seller addendum for

4    those resellers who wish to be considered

5    to sell online.

6         Q.    Okay.  You mentioned a "resale

7    certificate number."  What is a resale

8    certificate number?

9         A.    So each business can apply --

10   each state is different, but it's a resale

11   certificate that's issued by the state for

12   them to be able to resell products to

13   consumers.

14        Q.    And does every state have a

15   resale certificate?

16        A.    That, I don't know.  I do know

17   it's different per state, but I don't know

18   for sure if each -- I don't know if each

19   state requires a resale certificate.

20   Yeah.  I don't know.

21        Q.    Okay.  And you mentioned a

22   change to these applications taking place

23   in October 2018.  Were there any other

24   changes to the applications, other than in

25   October of 2018?

1               S. Lukas

2      A.     Yes, there was some prior to

3   that.  It was the terms that I -- I can't

4   recall exactly what we -- what changes we

5   made.

6      Q.     Okay.  Earlier, you were

7   discussing the various tasks that you

8   might complete in a day, and I believe

9   that you said that you send an e-mail out

10  at the end of the day that goes to

11  authorized distributors; is that correct?

12     A.     Yes.

13     Q.     Can you provide some more detail

14  on that?

15     A.     So it's actually an automated

16  e-mail that's set up in our system.  So

17  for each of our authorized distributors,

18  it pulls those changes to what we call

19  their "white list" per day.  So the white

20  list is a list of authorized resellers

21  that the distributor is approved to sell

22  to.  And the system knows which prod- --

23  or which entities were added to that list

24  each day, and it sends out an e-mail to

25  each specific distributor with their own

1           S. Lukas

2   individual updates to their white list so

3   that they can then update their side,

4   their system for that reseller and be able

5   to start selling products -- Otter

6   Products to that reseller.

7       Q.    Okay.  And are any changes

8   dependent on the applications that are

9   reviewed throughout the day?

10      A.    Yes.

11      Q.    So -- sorry.  Go ahead.

12      A.    That's okay.  They will get a

13  notification whether or not the

14  application was approved or denied.  So

15  the distributor is notified either way so

16  that they know essentially who they can

17  sell to.

18      Q.    Are there any other factors that

19  would create a change to this white list

20  that goes out to the distributors?

21      A.    Yes.  So we have that initial --

22  and I talked about the initial

23  application, when the initial application

24  comes in so that's one instance where the

25  white list would go out.  If we find

1              S. Lukas

2    out -- if we approved the reseller but

3    then, say, a few months later we find out

4    that they were -- had a brand protection

5    issue; they were selling counterfeit and

6    trying to import counterfeit, then we

7    would unauthorize them in our system.

8    That would also trigger a notification to

9    the distributors to notify them that the

10   reseller is no longer approved and then

11   they can no longer sell Otter Products to

12   that reseller.

13             The other instance we have --

14             (Reporter requests

15       clarification.)

16             MR. KLOSS:  I don't know who is

17       typing, but it is screwing up my

18       ability to hear this.  So I'm assuming

19       it's not the court reporter.  I don't

20       think it's Stacie; so, Sandra, I'm not

21       calling you out, but if it's you it's

22       messing with my ability --

23             MS. HUDAK:  No, it's probably

24       me.  I will try to see what I can do

25       about that.

1           S. Lukas

2           THE COURT REPORTER:  You left

3      off "the other instance we have."

4      A.    The other instance we have is a

5  policy violation.  So if we find that the

6  reseller is in breach of the reseller

7  terms, that would be deemed a policy

8  violation, and we would unauthorize the

9  resellers.

10           And then, again, a notification

11  would go out to the distributors at the

12  end of the day that that reseller is no

13  longer approved and they can no longer

14  sell Otter Products to that entity.

15      Q.    (BY MS. HUDAK) what type of

16  policy violation are you referring to

17  here?

18      A.    Typically we see -- speaking

19  with the reseller application.  So in the

20  terms, resellers are not approved to sell

21  to other entities who will then resell the

22  products.  So in that instance they are

23  acting as a distributor and that would be

24  a violation of the reseller terms if they

25  are acting as a distributor.  If they are

1                    S. Lukas

2    selling online and not approved to sell

3    online, that would also be a policy

4    violation.

5         Q.    How often would you say that

6    policy violations like these are

7    identified by Otter and used to remove an

8    authorized reseller from a white list?

9         A.    I can speak to when I was doing

10   the applications on a daily basis.  Is

11   that sufficient?

12        Q.    Sure.  What time period was

13   that?

14        A.    That would have been November

15   2014 when I started and then September of

16   2018 when I moved into more of a

17   management role, when we hired -- hired

18   our other employee.  So from that time, I

19   would estimate, we probably ran into maybe

20   two to five instances per month policy

21   violations.

22        Q.    And would you speak to the

23   resellers about these identified

24   violations prior to taking action?

25        A.    Can you say that again, the

1              S. Lukas

2    first part?  Did we what?

3         Q.    Would you speak to the resellers

4    about these identified violations?

5         A.    We would notify -- usually it's

6    the distributor that would communicate

7    with the reseller, or if they had an

8    account manager internally on the Otter

9    Products side on our sales team.  So it

10   would depend, but, yes, we would reach out

11   to the distributor to then reach out to

12   the resellers or the sales account manager

13   to reach out to the resellers.

14        Q.    Okay.  And so another task that

15   you described earlier was communicating

16   with sales reps and/or account managers

17   for certain groups of resellers; is that

18   correct?

19        A.    Yes.

20        Q.    (BY MS. HUDAK) Can you provide

21   some more detail about these

22   communications with sales reps?

23        A.    Yes.  So we would reach out to

24   them if we found their seller selling

25   on -- or their account selling on a

1          S. Lukas

2    platform that they shouldn't be selling

3    on.  For -- and we would -- if they needed

4    to update content if they were an

5    authorized reseller to sell on that

6    platform and they needed content updated

7    or descriptions were incorrect, we would

8    reach out to the sales reps to work with

9    their account to get that information

10   updated so that they had the most

11   up-to-date information regarding that

12   product.

13        Q.    And about how many sales reps

14   are there?

15        A.    Oh, wow.  I would say there

16   are -- there's several hundred.  I don't

17   have an exact number.  We have field

18   marketing reps, and they also have sales

19   reps who sit in the office in Fort

20   Collins, but I don't have an exact number

21   for you.

22        Q.    Okay.  And has that number

23   changed over time since November 2014

24   until today?

25        A.    Yes.  There's been sales reps

1               S. Lukas

2    tasks?

3         A.    So around 2018 we implemented

4    the online quality control which we didn't

5    have prior and so more of my task has been

6    spent less on the day-to-day applications

7    and more around quality controls,

8    reviewing online advertisements for our

9    authorized online resellers, and making

10   sure that the quality controls are

11   documented.

12        Q.    Okay.  So when you say "quality

13   controls" and "making sure that quality

14   controls are documented," what do you mean

15   by that?

16        A.    So we'll review their websites

17   to make sure the -- they have the correct

18   content, which means updated images for

19   the products being advertised; the

20   descriptions of the products, if that's

21   correct.  We'll review any customer

22   reviews on the products.  We also do

23   quality buys from our authorized resellers

24   to verify the quality of the products that

25   we receive.

1              S. Lukas

2      Q.    And when you say "we," are you

3   referring to yourself and Ms. Yamashiro?

4      A.    Yes.

5      Q.    Is there anyone else who works

6   on these monitoring quality controls?

7      A.    No.

8      Q.    Is there anybody else that you

9   work with on a day-to-day basis such as

10  someone that you report to or people that

11  report to you?

12     A.    Yes.  Kevin McPherson, he's my

13  manager, director of brand protection.  As

14  well as John McKinney.  He does more of

15  the anti-counterfeiting side of the

16  business, so he's not as involved with the

17  authorized reseller program, but

18  occasionally we'll review a quality buy

19  and receive something back that's not

20  authentic.  We will work with him on that.

21     Q.    And you said before that you

22  conduct test buys; is that correct?

23     A.    Yes.

24     Q.    You monitor the quality of --

25     A.    Yes.

1              S. Lukas

2      Q.    You're monitoring the quality of

3    your authorized resellers; is that

4    correct?

5      A.    Yes.

6      Q.    And how do you determine what

7    buys to make?

8      A.    We do different buys.  A lot of

9    the times, the OtterBox Defender is one of

10   our best sellers.  So we make sure we do

11   buys on those.  But we do -- there's no

12   real set strategy for which buy that we

13   do.  We'll just pick a case.  Most of them

14   are phone cases or tablets, tablet cases.

15     Q.    Would you say that most of your

16   work involves phone cases versus other

17   products that Otter might sell?

18     A.    Yes.  The bulk of what we do are

19   the phone cases.

20     Q.    Approximately what percentage

21   would you say?

22     A.    I would say 90 percent.

23     Q.    Okay.  And do you make test

24   purchases from all of your authorized

25   sellers?

1                    S. Lukas

2        A.    We do all of our marketplace

3    sellers and then a sample of other

4    authorized online sellers each quarter.

5        Q.    And approximately how many

6    marketplace sellers do you have?

7        A.    Five.

8        Q.    And how do you determine what

9    other online sellers to purchase from when

10   making these test buys?

11       A.    We just do a random subset of

12   other authorized resellers.  So usually if

13   we did Seller A, B and C last quarter,

14   we'll do D and F, but we don't have a set

15   system for the other subsets.

16            MS. HUDAK:  Okay.  If it's okay

17       with everyone, I think let's take a

18       ten-minute break?

19            THE WITNESS:  Okay.

20            THE VIDEOGRAPHER:  The time is

21       8:58 a.m.  Off the record.

22            (Whereupon, a brief recess is

23       taken from 8:58 a.m. to 9:09 a.m.)

24            THE VIDEOGRAPHER:  The time is

25       9:10 a.m.  Back on the record.

1              S. Lukas

2          Did I read that correctly?

3     A.    Yes.

4     Q.    And then in paragraph 90, it

5     says, "Plaintiffs maintain strict quality

6     controls over Otter products by selling

7     their products exclusively to customers

8     directly through their website and their

9     network of authorized sellers."

10         Did I read that correctly?

11    A.    Yes.

12    Q.    So what are the quality controls

13    that are referred to in these two

14    paragraphs?

15    A.    So quality controls are -- they

16    may not sell online unless they're

17    authorized by Otter.

18         They may not bundle or repackage

19    the product unless authorized by Otter,

20    and they have to have a mechanism for

21    reviewing customer feedback on their

22    website.

23         They have to address any

24    concerns that they receive from consumers

25    in a timely manner.

1              S. Lukas

2              And they have to have updated

3   content, images.

4              They have to abide by any

5   updates we reach out to them with and

6   update their listing.

7      Q.    Are there any other quality

8   controls?

9      A.    They can't commingle but to

10  specific marketplace sellers.  They can't

11  commingle their products.

12             They have to be responsible for

13  fulfilling the orders to customer unless

14  otherwise approved by Otter.

15             They have to store their own

16  inventory unless otherwise approved by

17  Otter for a different type of setup.

18     Q.    Anything else?

19     A.    And they -- specifically for

20  resellers, they may only sell to the end

21  user, the end consumer.

22     Q.    Anything else?

23     A.    They may only sell on websites

24  that we have approved.

25     Q.    Anything else, or is that

1              S. Lukas

2   complete?

3        A.    That's complete.

4        Q.    And I believe that you said

5   before part of your job responsibility was

6   monitoring authorized sellers for

7   compliance with quality controls?

8        A.    Yes.

9        Q.    Is that correct?

10       A.    Yes.

11       Q.    Is the list of quality controls

12  you just described a moment ago, are those

13  the quality controls that you're

14  monitoring?

15       A.    Yes.

16       Q.    And how do you go about

17  monitoring whether the authorized sellers

18  comply with the quality controls?

19       A.    That's part of our quarterly

20  audit.  So we're reviewing the sellers'

21  page, the content, the customer reviews

22  and we're also, as part of the -- the

23  PriceSpider program that I mentioned

24  earlier, that identifies -- we can

25  identify if they're selling on a platform

1                 S. Lukas

2  that they're not approved to sell on.  And

3  then we will -- if we find any

4  deficiencies, then we will reach out to

5  the sellers to correct.

6       Q.    So are all of your monitoring

7  efforts done online?

8       A.    Yes.

9       Q.    And how often would you say that

10 you monitor each authorized seller?

11      A.    On a quarterly basis, we do each

12 of the marketplace sellers and then a

13 sample of other sellers who are approved

14 to sell online.

15      Q.    Okay.  I'm going to bring up a

16 document that's been produced in this

17 action as Otter 12.

18           MS. HUDAK:  And I'm going to

19      mark it as Exhibit 28 just to continue

20      the numbering system that we were

21      using from a prior deposition.

22           (Exhibit 28, Otter Products,

23      LLC, Online Quality Control Auditing

24      Program, marked for identification.)

25      Q.    (BY MS. HUDAK) Do you recognize

1              S. Lukas

2   this document?

3       A.    Yes.

4       Q.    What is it?

5       A.    This is the worksheet to fill

6   out the information for the quarterly

7   audits that we do.

8       Q.    And who would fill out this

9   form?

10      A.    Either myself or Sara.

11      Q.    And do you store the filled-out

12  form in a database?

13      A.    Yes.  We actually have the

14  questions loaded in our reseller database

15  so that we can tie each audit to each

16  seller.

17      Q.    And do you send the filled-out

18  form to anyone else in -- that works at

19  Otter?

20      A.    No.

21      Q.    So other than yourself and

22  Ms. Yamashiro, would anybody be reviewing

23  the filled-out -- this filled-out form?

24      A.    Kevin -- Kevin and John, who

25  have access to our database could review

1                    S. Lukas

2       speaks for itself, form of the

3       question.

4          Q.    (BY MS. HUDAK) You can answer.

5          A.    Okay.  And we're just filling

6    out -- some of our sellers like the

7    marketplace sellers are approved to sell

8    in the marketplace as well as their own

9    company website.  So I guess to answer

10   your question, the authorized website

11   would be which one are we looking at?

12            We're, you know, reviewing the

13   website to make sure it doesn't -- or it

14   has updated contents.

15            The product's images and

16   descriptions are up-to-date.

17            Do they have a section for

18   reviews where customers can leave reviews.

19            And, yeah, I guess if there's

20   any corrections that need -- you know,

21   incorrect information regarding the

22   advertisement of the product, then we'll

23   note that and then reach out to the

24   sellers to update.

25         Q.    When filling out this form,

1                    S. Lukas

2    would you be assessing all of the quality

3    controls that you listed earlier?

4        A.    Yes.

5        Q.    Okay.  I'm going to bring up

6    another document that was produced in this

7    action as Otter 13.  And we're going to

8    mark this exhibit as Exhibit 29.

9              (Exhibit 29, Otter Products,

10        LLC, Online Quality Control Auditing

11        Program Inspection of Product Reviews

12        Worksheet, marked for identification.)

13        Q.    (BY MS. HUDAK) Do you recognize

14    this document?

15        A.    Yes.

16        Q.    What is this document?

17        A.    This is another document used

18    for the quarterly audit that we do for

19    online sellers.

20        Q.    How does this document differ

21    from Exhibit 28 that we were just

22    reviewing?

23        A.    So this one is specific to the

24    customer reviews.  So this is specifically

25    documenting if there were any negative

1                    S. Lukas

2    reviews to the listing for that seller and

3    then documenting our communication to the

4    seller to correct -- and any corrective

5    action we ask them to take and which

6    specific program we were reviewing that

7    the negative review was on.

8        Q.    Who created this document?

9        A.    We received this from our

10   outside counsel.

11       Q.    And is this similar to

12   Exhibit 28 in that yourself and

13   Ms. Yamashiro would be filling out this

14   form and saving it in the database?

15       A.    Yes.

16       Q.    Would anybody else be reviewing

17   this form?

18       A.    No.

19       Q.    And about halfway down the page

20   there's a field that reads "Are there any

21   negative reviews of the product that are

22   attributable to the authorized online

23   seller?  If yes, please describe and

24   attach screenshots of the negative

25   reviews."

1                S. Lukas

2          Did I read that correctly?

3     A.    Yes.

4     Q.    When filling out this field, how

5   do you determine which negative reviews --

6   which reviews of the product are negative

7   and which are attributable to the

8   authorized online seller?

9     A.    So any negative reviews would

10  be -- like packaging, if it came in

11  packaging that the consumer felt wasn't

12  authentic or it wasn't as described in the

13  advertisement or the listing, that would

14  be attributed to a seller.

15          If it -- if they're advertising

16  something within the listing and they

17  didn't receive the product that way,

18  shipping would be attributed to the seller

19  if it was shipped by -- if we can

20  determine if it was shipped by the seller

21  and not by a third party.  That would be

22  something we would address with the --

23  with the seller.

24          If it was -- there's also

25  reviews if it -- the consumer is saying

1           S. Lukas

2  it -- they purchased this case because of

3  the advertisement, but it doesn't fit

4  their phone.  That would be attributed to

5  the seller as well.

6           If the case arrives damaged or

7  broken and shipped by the seller, that

8  would be attributed to the seller.

9  Q.    Under "Additional Notes," it

10  says "Did you send any communications to

11  the authorized online seller?  If yes,

12  please describe."

13           Did I read that correctly?

14  A.    Yes.

15  Q.    So if there are negative reviews

16  attributed to the on- -- authorized online

17  seller, how would you determine when to

18  send a communication?

19  A.    We would -- we would reach out

20  to the seller directly and notify them,

21  you know, provide screenshots, a link to

22  the listing informing them of the

23  deficiencies in the -- in the

24  advertisement, and we would also copy

25  their sales account managers at Otter.

1              S. Lukas

2    And we would ask them -- generally we

3    would ask them to correct these

4    deficiencies within 24 to 48 hours.

5        Q.    Do you send that communication

6    to authorized online sellers based on

7    every negative review?

8        A.    We -- reviews identified during

9    the audit, yes.

10       Q.    So if the field is asking -- if

11   there are any negative reviews filled in

12   "yes," then automatically communication

13   would be sent to the authorized online

14   seller; is that correct?

15       A.    Yes.

16       Q.    Okay.  I'm going to bring up

17   another document produced as Otter 14 in

18   this action.

19            MS. HUDAK:  And I'm going to

20       mark this as Exhibit No. 30.

21            (Exhibit 30, Otter Products

22       Online Quality Control Auditing

23       Program Product Purchase Worksheet,

24       marked for identification.)

25       Q.    (BY MS HUDAK) Do you recognize

1          S. Lukas

2   this document?

3       A.    Yes.

4       Q.    What is this document?

5       A.    This is a document used to

6   document the product purchase that we do

7   for quality buys.  So this is when we

8   actually have a product in hand and we're

9   inspecting it for the quality controls.

10      Q.    And who created this document?

11      A.    Our outside counsel.

12      Q.    And when would you fill in this

13  document?

14      A.    We would fill this in once we

15  actually received the product test buy in

16  hand so they have it in hand to look at

17  it, the physical sample.

18      Q.    Do you fill out this form for

19  every test buy?

20      A.    We fill this out for every

21  quality audit for other authorized

22  sellers, yes.

23      Q.    And what is a "quality audit"?

24      A.    The quarterly quality audit of

25  our authorized sellers that we do once a

1              S. Lukas

2    quarter.

3        Q.    So as part of the quarterly

4    audit, you buy a -- or you make a test

5    purchase from each of the authorized

6    resellers being audited; is that correct?

7        A.    Yes.

8        Q.    Do you use this form for any

9    other purpose?

10       A.    No.

11       Q.    And approximately how many

12   products do you buy from each authorized

13   seller during a quarterly audit?

14       A.    One.

15       Q.    Is this form similar to the

16   Exhibit 28 and 29 that we were reviewing

17   previously in that you and Ms. Yamashiro

18   would be the individuals filling out the

19   form?

20       A.    Yes.

21       Q.    And does anybody else other than

22   yourself review the document?

23       A.    No.

24       Q.    How do you assess the quality of

25   the products that you purchase during

1           S. Lukas

2   these audit purchases?

3       A.    How do we what?  I'm sorry.

4       Q.    How do assess the quality of the

5   products?

6       A.    We are looking to see if it's,

7   A, if they're the right products that we

8   ordered, the one that was being

9   advertised; and, B, does it come in the

10  correct packaging?  Is any of the

11  packaging broken?  Are any of the seals

12  broken?  Are the name tags missing?  We'll

13  look to see if the product appears to have

14  been opened or reused.  When the product

15  is brand new, it's placed in the tray in a

16  certain way.  And so oftentimes you can

17  tell if it's been opened, somebody's taken

18  it out, put it back in the incorrect way.

19  Are there any additional stickers on there

20  that aren't approved by Otter, any other

21  markings.  If there's any actual damage to

22  the case itself, that's what we're

23  reviewing for as well.  We will also go

24  through to make sure it's a genuine

25  product that we purchased from the

1                    S. Lukas

2    sellers.

3        Q.    And how long have you been using

4    this form for your quarterly audits?

5        A.    This was implemented in October

6    2018.  It would have been that first

7    quarter, so Q1 of 2019.

8        Q.    Were quarterly audits conducted

9    prior to October 2018?

10       A.    No.

11       Q.    Okay.  I'm going to bring up

12   another document that was produced as

13   Otter 3066 to -67 in this action.

14            MS. HUDAK:  And I'm marking this

15       document as Exhibit 31.

16            (Exhibit 31, Document

17       Bates-numbered Otter 3066 to 3067,

18       marked for identification.)

19       Q.    (BY MS. HUDAK) Do you recognize

20   this document?

21       A.    Yes.

22       Q.    What is it?

23       A.    Yes.  This is the notification

24   of the update to our policy, authorized

25   reseller policy that I sent out in October

1                    S. Lukas

2    that are pulled from our database, but,

3    yes, this is similar to what we could -- a

4    report that we could pull from our

5    database.

6        Q.    Okay.  And so have you seen

7    reports pulled from the database that

8    include the field "ARP authorization" such

9    as that shown in Column C in Row 1?

10       A.    Yes.

11       Q.    And what does "ARP

12   authorization" mean?

13       A.    "ARP" stands for authorized

14   reseller program, and then -- so ARP

15   authorization means whether or not it

16   would either say authorized reseller or

17   unauthorized -- unauthorized reseller.

18       Q.    And does Otter maintain a list

19   of unauthorized resellers?

20       A.    Yes.  We can pull a list from

21   the database.

22       Q.    How is that list of unauthorized

23   resellers generated?

24       A.    So it's -- it's a database

25   with -- you can pull the report and then

1                    S. Lukas

2    bottom half of the page -- you can zoom in

3    if needed.

4            Do you see the second review

5    under the heading "Feedback," the second

6    review is a one-star review?

7    A.    Yes.

8    Q.    Okay.  I'm just going to read

9    what it says.  It says "I have used

10   OtterBoxes for ten years.  This is the

11   worst I've ever bought.  Out of the box

12   the little spring clips that keep the belt

13   clip closed fell out on the ground.  It

14   will not go back, and I will not trust it

15   if I can get it back in.  I expect you to

16   replace this with a new case immediately.

17   I spent over an hour trying to put it back

18   together.  Make it right, please."

19           Did I read that correctly?

20   A.    Yes.

21   Q.    So based on this review, do you

22   believe that alwayz-on-sale shipped its

23   customer a defective product?

24   A.    Yes.

25   Q.    Do you see a response from the

1               S. Lukas

2    seller here?

3         A.    I do not, but I'm not familiar

4    with how the Amazon system works if you

5    reach out to the seller.  I've never

6    reached out the seller via Amazon.

7         Q.    Do you see a response from the

8    seller to the customer who left this

9    review?

10        A.    Say that last part again?

11        Q.    Do you see a response from the

12   seller alwayz-on-sale to the customer who

13   left this review?

14        A.    On this screenshot, no.

15        Q.    When you do your quarterly

16   audit, do you review pages like this for

17   negative reviews of the authorized

18   resellers?

19        A.    Yes.

20        Q.    And would a review like this be

21   noted on your quarterly audit?

22        A.    Yes.

23        Q.    And how would you reach out to

24   alwayz-on-sale regarding this review?

25        A.    We would reach out to them via

1                    S. Lukas

2    e-mail.  We have contact information for

3    alwayz-on-sale.  And we would also copy

4    his account manager within our sales

5    department so they are aware as well.

6         Q.    And what would you -- what

7    message would you communicate to

8    alwayz-on-sale regarding this review?

9         A.    We would notify him of the

10   review and ask him if he's going to

11   replace the product or, you know, with the

12   sales rep it would depend on -- how much

13   product he has.  So that's up to the sales

14   rep which product goes to the seller.

15               They handle the sales

16   transactions out of it, but we would ask

17   them how they would rectify the situation.

18               (Whereupon, a brief discussion

19       is held off the record.)

20        Q.    (MS. HUDAK) Okay.  And do you

21   see below the review that we were just

22   looking at, there's another one-star

23   review?

24        A.    Yes.

25        Q.    And it says "This case wasn't