THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00626-DME-KLM

OTTER PRODUCTS, LLC and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs,

v.

BIG BIRDS, LLC, DAVE'S MARKET, LLC,
DAVID PAIGE, JUDAH HOLLAND, and
JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants.

BIG BIRDS, LLC and DAVE'S MARKET, LLC,

    Counterclaim-Plaintiffs,

v.

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Counterclaim-Defendants.

**DECLARATION OF CATHY CEELY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Cathy Ceely, make the following declaration in support of the Motion for Partial Summary Judgment ("MSJ") filed by Plaintiffs/Counterclaim-Defendants Otter Products, LLC and TreeFrog Developments, Inc. (collectively, "Plaintiffs") in the above-captioned matter.

1. I am an Account Supervisor at Riverbend Consulting, a firm that provides account management and consulting services for Amazon sellers. All of the statements made in this declaration are based on my personal knowledge.

2. I have been retained as an Amazon selling expert by Plaintiffs' counsel in the above-captioned litigation.

3. I have not been deposed in this case. Nor have I offered any other sworn testimony in this matter.

4. Attached to this declaration as **Exhibit 21** to Plaintiffs' MSJ is a true and correct copy of the Expert Report I prepared for Plaintiffs in this case, which contains the opinions I expect to offer in this case.

5. All factual statements contained in my Expert Report are true and accurate to the best of my knowledge and I would testify to each if called to do so before this Court. Likewise, all of the opinions expressed in my report and true and accurate and I would testify to each if called to do so before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2021.

By: _____
DocuSigned by: Cathy Ceely
05E7346D42D7450...
Cathy Ceely