# EXHIBIT 8

Wallace
Exhibit 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| OTTER PRODUCTS, LLC and<br>TREEFROG DEVELOPMENTS, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BIG BIRDS, LLC,<br>DAVE'S MARKET, LLC,<br>DAVID PAIGE,<br>JUDAH HOLLAND, and<br>JOHN DOES 1-10, individually or as<br>corporate/business entities,<br><br>        Defendants. | Case No. 19-cv-00626 |

Expert Report of Dr. Charles D. Cowan

June 23, 2020
San Antonio, TX

## I.    Introduction and Objectives

1.      My name is Charles Cowan.  I reside in San Antonio, Texas.  I have been retained

as an Economics and Statistical Expert by Plaintiffs' counsel in the above named litigation

filed against Big Birds LLC *et al.*

2.      I have been asked to review the Complaint filed in this litigation and to conduct

the necessary research and analyses to determine whether any of Defendants' practices

create consumer confusion.  The methodologies I apply are reasonable, are based on

reliable and well-accepted statistical principles, and can be applied appropriately and

reliably by me based upon my training and experience.

## II.    Summary of Conclusions

3.      This report demonstrates that Plaintiffs' claims regarding confusion caused by

unauthorized on-line sales of OtterBox products by the Defendants are supported by

research and statistical findings. A survey I conducted of a random sample of potential

customers compares offerings of OtterBox products by authorized resellers with OtterBox

products offered by unauthorized sellers.

4.      From data obtained in the survey, I sought to determine whether consumers

understood differences between authorized and unauthorized retailers. In some

questions, I sought to determine whether consumers understood that unauthorized

retailers did not offer a warranty or follow the specifications for quality control and

packaging of OtterBox merchandise. In some questions, I investigated whether

purchasers, dissatisfied with the performance of the seller, would leave poor reviews of their experience.

5.    My conclusions are that:

a)  Defendants' Helpful Hippos and Frantic Frogs storefronts on Amazon cause consumer confusion.  Potential purchasers of OtterBox branded products are confused by the product listing.  This is because potential purchasers believe that the seller for Defendants' product listing is OtterBox or an OtterBox authorized seller (which I understand Defendants are not);

b)  Potential purchasers believe (incorrectly, I understand) that products sold by Defendants come with the OtterBox manufacturer's warranty.

c)  Warranty differences between products sold by OtterBox's Authorized Sellers and unauthorized sellers like Defendants are material to consumers, in that most consumers are more likely to purchase an OtterBox product that comes with the OtterBox manufacturer's warranty;

d)  Potential purchasers believe (incorrectly, I understand) that the products sold by Defendants' product listing are inspected, handled and shipped in accordance with OtterBox's quality control requirements;

e)  Quality control differences between products sold by OtterBox's Authorized Sellers and unauthorized sellers like Defendants are material to consumers.  Most

consumers are more likely to purchase a OtterBox product that is inspected, handled and shipped in accordance with OtterBox's quality controls; and

    f) Defendants' sale of materially different OtterBox branded products hurts OtterBox through consumer confusion and potential negative reviews.

6.    The methods I use are reasonable, produce reliable and replicable results, and follow sound economic principles and methods.

## III.  Expert Qualifications

7.    My background covers over 40 years of research and study in the areas of statistics and economics, and their application to business problems.  I am Managing Partner of Analytic Focus LLC, a company headquartered in San Antonio, TX with offices in Birmingham, Alabama and Washington, DC.  About 50% of our work is conducting research for legal matters, including providing litigation support and expert witness services when requested.  Some of our work focuses on measurement and mitigation of risk for financial intermediaries.  The final area of our practice is in support of Federal and State agencies needing economic and financial analysis to pursue their missions.

8.    Prior to starting Analytic Focus LLC, I served as Chief Statistician for the Federal Deposit Insurance Corporation.  I was also a Director for Price Waterhouse where I headed the Financial Services Group in the Quantitative Methods Division.  I served for 12 years at the U.S. Bureau of the Census where I was responsible for the evaluation of the

Decennial Census and held the position (among others) of Chief of the Survey Design Branch.  I was the first Chief Statistician for the U.S. Department of Education.

9.      I am an adjunct professor in the School of Public Health at the University of Alabama – Birmingham (UAB) and previously served as a professor in the Business School at UAB, as a visiting research professor at the University of Illinois, and in other academic and professional positions.

10.    My education and experience collectively qualify me as an expert in Statistics and in Economics.  I fully understand best practices in research, including statistical analysis, econometric research, and testing.

11.    My complete resume and a listing of all my publications are presented in Appendix 1.  A listing of past cases in which I have been deposed or presented testimony at trial within the last four years is presented in Appendix 2.  The facts or data considered in forming my opinions are presented in Appendix 3.

12.    For research and expert analysis, depositions and testimony, my hourly rate is $775.  The payment of my fees is not contingent on the opinions I express in connection with this engagement.

## IV.  Introduction

13.    There are numerous concerns expressed in the complaint regarding sales of OtterBox branded products by unauthorized resellers on Amazon, including Defendants.  Among other things, these concerns include: suggesting that products being sold have

an OtterBox warranty when in fact they do not, products being sold outside of OtterBox's quality control program (including the pre-delivery inspection and handling of the products); and products being sold that do not meet OtterBox standards, such as those relating to packaging and shipping of the products.

14.     A consumer purchasing an OtterBox branded product on Amazon may be unaware of these issues and the potential effect on his or her purchase.  Consumers may not know which resellers of products are authorized and which are not, and which resellers are subject to OtterBox's quality controls and which are not.  Thus, I conducted a survey to determine if there is measurable consumer confusion caused by statements, or behind-the-scenes quality requirements regarding products when offered by authorized or unauthorized sellers.

15.     The survey was conducted the week of April 6, 2020.  The survey was answered by 437 people who are familiar with the internet (it is an online survey). Of these, 368 people stated that they expected to make a purchase in the next year using an online website.

16.     The survey ensures that all respondents are potential purchasers of OtterBox products by only including respondents who shop online.  I purposely did not restrict the set of respondents to those who have purchased phone cases because any respondent may purchase phone cases in the next year.  These respondents are appropriately included in the sample because they are potential purchasers of OtterBox products.

17.    For questions that had multiple choices as possible responses, I randomized the order of the choices to remove any potential order bias that might result from a static ordering.  For example, if a question asked "What websites are you most likely to use when you make purchases?", 14 options were offered and were randomized, so each respondent was likely to see a different ordering than all other respondents (a 15th option for "Other" was also included).

18.    I intended to conduct comparisons between consumer expectations when OtterBox products are sold by authorized resellers as opposed to when they are sold by unauthorized resellers such as Helpful Hippos (HH) and Frantic Frogs (FF). After obtaining information from all respondents about familiarity or experience with purchasing items using the internet, I divided my sample into two subsets.

19.    Each subset contained two screenshots taken from Amazon.com. One subset contained a screenshot of an OtterBox product sold by Helpful Hippos, the Amazon storefront operated by the Defendants, and a screenshot of an OtterBox product sold by an OtterBox Authorized Reseller, Alwayz-on-sale. The other subset consisted of two screenshots of Otterbox products sold by Frantic Frogs, the Amazon storefront operated by the Defendants, and Alwayz-on-sale.

20.    Assignments were made to one or the other subset at random and only one subset was presented to potential customers. Approximately half the time Subset HH was

displayed while the other half of the respondents saw Subset FF.  For the remainder of my report:

    a.   "Subset HH" refers to the subset containing Helpful Hippos and Alwayz-on-sale screenshots, and

    b.   "Subset FF" refers to the subset containing Frantic Frogs and Alwayz-on-sale screenshots.

21.    Within each subset, there were two screenshots.  Both screenshots were shown to all potential customers, followed by a series of questions about what the consumer believed about the product offering. The order, authorized product or not authorized product, was randomized. Approximately half the time the authorized transaction was presented first, followed by relevant questions. The other half of the respondents saw the unauthorized transaction first, before the authorized transaction. Questions following the screenshot were identical for the authorized and unauthorized offerings.

22.    In choosing each screenshot, I attempted to find actual webpages that were as similar as possible, except for the status of the seller (authorized v. unauthorized) for the particular product.

23.    Furthermore, for each screenshot, in order to provide respondents with an opportunity to simulate their actual online shopping experience, I presented additional relevant pages: the OtterBox storefront page on Amazon, the seller storefront page on Amazon, and the product comparison page that has similar items. These pages, all

extracted from Amazon.com, were embedded in the questionnaire as additional screenshots. This allowed respondents to click through to these pages in the same way that respondents could click through to these pages in a purchase on-line.

24.    Respondents were told about this capability to click on any of these hyperlinks, but were not required to. Respondents were free to click through or not click through on any hyperlink that was active as desired.

25.    The survey concluded with two questions regarding the respondent's age and gender. A copy of the survey is attached as Appendix 5 to this report.

## V.    Analysis

26.    In this section, I present my findings based on observations made for Subset HH as well as Subset FF.

27.    Of the total count of 437 respondents who answered the survey, 69 people stated they either did not expect to purchase anything online in the next year or were unsure if they will make an online purchase in the next year. I excluded these 69 respondents from my analysis. Thus, for the purpose of this section, the final data set that I used in my calculations consists of 368 responses.

28.    Of the retained 368 responses, Subset HH and Subset FF consist of 178 and 190 respondents, respectively.

29.    Table 1A lists the questions asked about the products offered in Subset HH. The comparison in the table is the set of outcomes from offering Alwayz-on-sale as one seller

(the control) and Helpful Hippos as the set of questions being tested against the control. Table 1B lists similar information but for Subset FF. This table presents a contrast between responses to questions based on screenshots of products offered by Alwayz-on-sale and Frantic Frogs.

30.      Within each table above, besides the questions and the percent responding in each response category, a statistical test was performed comparing the differences in responses between the two offerings (Alwayz-on-sale versus Helpful Hippos; Alwayz-on-sale versus Frantic Frogs).  Any test probability greater than 0.050 (5%) indicates that there is a greater than 5% chance that any differences observed are due to simple random variability.  The 5% threshold is commonly used in statistics, and test results above that threshold are considered not statistically significant.

31.      Table 1A (Subset HH) and Table 1B (Subset FF) present a set of survey questions asked regarding consumer perception of seller, warranty, product handling, expectations regarding customer service, product quality control and perception of seller and manufacturer affiliation.

32.      Of the seventeen questions on Table 1A addressing what a potential purchaser expects or what actions a purchaser might make, none are statistically significant, meaning that potential purchasers could not discern a difference between the offering of Helpful Hippos as an unauthorized reseller and Alwayz-on-sale as an authorized reseller.

In particular, there were no differences on questions related to warranty, customer service, counterfeit, damaged or defective products and manufacturer quality control.

33.    Similar inferences are made from Table 1B. Out of the seventeen questions presented to respondents, only one was statistically significant, suggesting that response proportions for all except one question were similar across the two screenshots. The only test that was statistically significant corresponds to the question of customer expectation regarding product packaging. A statistically significantly higher proportion of consumers expected the product to arrive in original OtterBox packaging when they viewed the Alwayz-on-sale listing than when they viewed the Frantic Frogs listing.  However, even among consumers who viewed the Frantic Frogs listing, over 70% expected to receive a product in the original OtterBox packaging.

34.    For all remaining questions, potential consumers were unable to distinguish between the sales attributes of a product sold by Alwayz-on-sale and the sales attributes of a product sold by Frantic Frogs, where by "sales attributes" I am referring to the attributes listed in Table 1B.  Specifically, respondents had similar expectations on warranty, customer service, counterfeit, damaged or defective products and manufacturer quality control from an authorized seller or an unauthorized seller.

35.    The tests described in the previous paragraphs have the standard format where the null hypothesis is that there is no difference between Alwayz-on-sale response distributions and the HH or FF response distributions.  The alternative hypothesis is that

there is a difference between the Alwayz-on-sale and the other seller.  The test is based on the null hypothesis being correct and that this would be the conclusion from samples 95% of the time.  This means that there is a 5% chance that the sample would yield a conclusion that is incorrect (that the null hypothesis does not hold).  In 34 tests, 17 HH and 17 FF, one would expect 1.7 tests to fail by chance if there were truly no differences on all tests.  It is no surprise that one test (in this case, the product packaging test referenced in paragraph 33) failed, since that would be expected by chance.

36.     For both subsets, after showing the relevant product pages from the two websites ("Product Pages"), the first question asked the respondent to identify the seller offering the product.  This question was an open-ended question that asked respondents to type in an answer.  It did not steer respondents to a particular result through multiple choices or directing the respondent to a particular part of the Product Page.

37.     For Subset HH, over 60% of the respondents incorrectly identified OtterBox as the seller, even though the actual seller was Helpful Hippos. Slightly over a quarter of the respondents (29%) correctly identified Helpful Hippos as the product seller.

38.     For Subset FF, 49% of respondents incorrectly identified the seller as OtterBox even though the actual seller was Frantic Frogs and 41% correctly identified Frantic Frogs as the product seller.

39.     The question "Who is selling the product on the Amazon website?" was offered immediately below the Product Page purposely.  The fact that in both subsets, the

proportion who incorrectly said "Amazon" is very low and nearly identical (especially for Subset FF where the proportions are exactly equal and lower than 3%), regardless of which subset or product page was being shown, simply confirms that respondents are not confusing the actual seller with Amazon.

40.    Within Subset HH, I find that when the Alwayz-on-sale Product Page was shown, 58% of the respondents incorrectly identified "OtterBox" as the seller and 28% correctly identified "Alwayz-on-sale" as the seller. When shown the Helpful Hippos Product Page, 61% of the respondents incorrectly identified "OtterBox" as the seller and 29% correctly identified Helpful Hippos as the seller. The difference between the proportion of respondents correctly identifying the seller on the two screenshots was not statistically significant.

41.    Similar inferences were made from Subset FF where 39% of the people were correct in identifying Alwayz-on-sale as the seller when the Alwayz-on-sale Product Page was shown and 54% incorrectly identified OtterBox as the seller. Compared to this, when the Frantic Frogs product page was shown, 41% of respondents stated that the seller was Frantic Frogs and 49% wrongly listed OtterBox as the seller. The difference between proportion of respondents who correctly identified the seller on each screenshot was not statistically significant for this subset as well.

42.    The results are similar for both Subset HH and Subset FF if we remove the very small number of respondents who identified "Amazon" as the seller after viewing the Product Pages.

43.    For Subset HH, I found that 31% of these respondents correctly identified "Helpful Hippos" as the seller when the Helpful Hippos Product Page was shown and 30% of those shown the Alwayz-on-sale Product Page correctly identified "Alwayz-on-sale" as the seller. 64% and 62% (more than half of the respondents) incorrectly believed the seller was "OtterBox" when shown the Helpful Hippos and Alwayz-on-sale product pages, respectively.

44.    Using the same filtering criteria within Subset FF, when shown the Alwayz-on-sale listing, 40% of consumers stated the correct seller name as "Alwayz-on-sale" and 41% of those shown the Frantic Frogs listing believed the product was sold by "Frantic Frogs". More than half of the respondents (55%, 51%) incorrectly believed the seller was "OtterBox" when shown the Alwayz-on-sale and Frantic Frogs product pages.

45.    The final question in Table 1, conditional on people believing the seller is not the manufacturer (or unsure if the seller is the manufacturer), asked respondents if they believed the seller was affiliated, connected or associated with the manufacturer. For Subset HH, of the 97 respondents who answered this question, 16% viewing the Alwayz-on-sale listing said yes, the seller was affiliated, connected or associated with OtterBox and 17% said yes when presented with the same question after they viewed the Helpful

Hippos listing.  Half of the respondents on either listing who believed the seller was not the manufacturer or were unsure of the same, said they also do not believe the seller is affiliated, connected or associated with OtterBox. The differences in responses between the two listings are not statistically significant.

46.    For Subset FF, 18% of people responding to this question replied that the seller is affiliated, connected or associated with OtterBox, and an additional 30% were unsure of the same when they viewed the Alwayz-on-sale listing.  Of those viewing the Frantic Frogs product page, when presented with the same question, 11% stated the seller was affiliated, connected or associated with OtterBox and 28% were unsure. 60% of respondents who believed the seller was not OtterBox or were unsure of the same correctly identified Frantic Frogs as not affiliated, connected or associated with OtterBox. The differences in responses between the two listings were not statistically significant.

47.    Based on results observed in each subset, regardless of the screenshot presented, majority consumers view OtterBox as the seller.  The minority of consumers who do not view OtterBox as the seller are just as likely to view unauthorized product listings such as Helpful Hippos and Frantic Frogs as being by the brand owner or a seller affiliated with or approved by the brand owner as they would a listing from an actual authorized seller. Even though a slim majority of consumers do not view OtterBox as the seller do not view the sellers as affiliated with OtterBox, they nevertheless expect similar levels of product

and service quality from an OtterBox product that the brand "OtterBox" dictates, as demonstrated in the following paragraphs.

48.    My survey found that most consumers expect the same product quality, product benefits, and manufacturer's warranty on the product from unauthorized product listings, such as Helpful Hippos or Frantic Frogs, as they do from the authorized product listing. Tables 1A and 1B reveal that a large majority of respondents expect to receive a high-quality product, with the OtterBox warranty and similar amenities that should accompany (and do accompany) OtterBox products sold by authorized sellers.

49.    For example, when respondents viewed the Helpful Hippos listing, around 66% of consumers believed that the product came with an OtterBox warranty, and another 21% were unsure. Only 13% of respondents answered "No" on this question. There was no statistically significant difference in how consumers responded to this question depending on whether they viewed the Alwayz-on-sale Product Page or the Helpful Hippos Product Page.

50.    The results were even more extreme for those who viewed the Frantic Frogs product page. Over three-quarters of respondents (82%) believed that the product was covered under the OtterBox warranty policy whereas a mere 6% said no to this question for the Frantic Frogs product listing.

51.    For Subset HH, at least 80% of consumers incorrectly believed that the OtterBox product offered by Helpful Hippos is inspected, handled and shipped according to

OtterBox's quality control requirements.    Similarly, approximately at least 80% of consumers correctly believed that the authorized Alwayz-on-sale product is inspected, handled and shipped in accordance with OtterBox's quality control requirements.  The difference between these numbers was not statistically significant at the 5% level of significance.

52.     Similar outcomes were observed for Subset FF.  When viewing the unauthorized seller Frantic Frogs' product page, at least 78% of respondents said they expect product inspection, handling and shipping in compliance with OtterBox's quality control guidelines. At the most 10% of respondents said no to these questions. At least 8% of respondents refrained from expressing an opinion of yes or no. When presented with the same question after they viewed the authorized seller's product listing, most respondents (83%) said they expected inspection, handling and shipping as per OtterBox's quality control policies. Compared to this, a very small percentage of respondents (<7%) said no, they did not expect product inspection, handling and shipping in accordance with OtterBox standards and at most 13% said they do not know. At 5% level of significance, there was no evidence of a statistically significant difference in the proportions for these questions between the authorized seller's listing and Frantic Frogs' listing.

53.     For Subset HH, after viewing the Helpful Hippos product page, when asked if they expected to receive the OtterBox branded product in OtterBox's original packaging, the majority 83% of consumers said yes. In addition to this, for the Helpful Hippos product

listing, an overwhelmingly large (almost 90%) proportion of consumers expected to be able to contact the seller if they had a problem after buying the product or obtain a replacement under warranty, if the product they received is defective. There was no statistically significant difference in how consumers responded to these questions depending on whether they viewed the Helpful Hippos Product Page or the Alwayz-on-sale Product Page.

54.     Parallel to this, for Subset FF, after respondents viewed the Frantic Frogs screenshot, the bulk of the respondents (72%) said they expected the product to arrive in the original OtterBox packaging. When asked the same question after they viewed the Alwayz-on-sale screenshot, 85% responded that they expected original product packaging. For this question, there was a statistically significant difference between those who viewed the authorized seller listing and the Frantic Frogs listing. A higher proportion of respondents expected the product to arrive in original packaging when they viewed the authorized seller screenshot as compared to when they viewed the unauthorized seller (Frantic Frogs) screenshot.  However, as noted in paragraph 35, it would be expected by random chance that 1.7 of the 34 questions tested would show a statistically significant difference in responses, so it is consistent with random chance that this one question showed a statistically significant difference.

55.     On the next question, for Subset FF, a vast majority of respondents expected they would be able to contact the seller if they had a problem after buying the product, or get

a replacement, under warranty, if they received a defective product (95%, 92%). For these questions, there was no evidence of a statistically significant difference between responses whether consumers viewed the Frantic Frogs product listing or the Alwayz-on-sale product listing.

56.     For the purposes of this litigation, I also prepared Tables 2A and 2B, which showed the same results as in Tables 1A 1B, but 2A and 2B are strictly for those respondents who identified the correct seller i.e. Helpful Hippos, Frantic Frogs or Alwayz-on-sale, when shown their Product Page, respectively.  Tables 2A and 2B give a heads-up comparison between potential purchasers who are correct in their identification of the seller.  These potential purchasers represent the most sophisticated subset of shoppers on Amazon.com, as they correctly identified the seller.  Yet even these purchasers had similar expectations for products from authorized and unauthorized sellers.

57.     For Subset HH, after viewing the Helpful Hippos listing, 81% of consumers said they believed the product came with the OtterBox warranty and at least 64% of consumers said they expected product inspection, handling and shipping in compliance with OtterBox's quality control requirements, that is, more than 3 in every 5 respondents. 81% expected that it would come in OtterBox's original packaging, 87% expected that they would be able to communicate with the seller after buying and 89% expected to be able to get a replacement under the manufacturer's warranty if product was defective.  There

were no statistically significant differences in how consumers viewed the unauthorized reseller ("Helpful Hippos") listing and the authorized reseller ("Alwayz-on-sale") listing.

58.    Similar calculations on Subset FF revealed that after viewing the Frantic Frogs screenshot, 84% of respondents believed the product came with the OtterBox warranty, and at least 69% of respondents expected product inspection, handling and shipping as per OtterBox's quality control standards. Over 75% said they expected the product to arrive in OtterBox's original packaging, 95% responded they expected they would be able to communicate with the seller after buying and 92% expected to receive a replacement product under the manufacturer's warranty if product was defective.   No statistically significant differences were found between responses to these questions for the Frantic Frogs page viewers and the Alwayz-on-sale page viewers.

59.    The survey also found that quality control requirements are material to consumer purchasing decisions.  Among those viewing the Helpful Hippos subset, after viewing the Helpful Hippos product detail page, about 39% of respondents indicated that they would be "much more likely" to buy the OtterBox branded product if it complied with the manufacturer's inspection related quality control policies, and 77% indicated that they would be "much more likely" or "more likely" to do so in that circumstance. Corresponding numbers for those viewing the Alwayz-on-sale product detail page were 37% and 82%.  There is no statistically significant difference between the values for the audiences viewing the Helpful Hippos page and the Alwayz-on-sale page, respectively.

60.    For those who were presented with the Frantic Frogs subset, upon viewing the Frantic Frogs screenshot, about 48% of respondents specified that they would be "much more likely" to buy the OtterBox branded product if it conformed to OtterBox's inspection related quality control standards, and 75% stated that they would be "much more likely" or "more likely" to do so if product adhered to OtterBox's product inspection standards. Resultant proportions for those looking at the Alwayz-on-sale product page were 41% and 73%. There was no evidence of a statistically significant difference between responses whether consumers viewed the Frantic Frogs product listing or the Alwayz-on-sale product listing.

61.    Furthermore, more than half of consumers seeing the Helpful Hippos Product Page and almost half of those seeing the Alwayz-on-sale Product Page indicated that they would be much more likely to buy the product shown if product included the OtterBox warranty, and over 80% of consumers on both Product Pages indicated that they would be "much more likely" or "somewhat more likely" to do so. There was no statistically significant difference in this response between consumers who viewed the Helpful Hippos Product Page and the Alwayz-on-sale Product Page, regardless of whether they correctly identified the seller.

62.    Similarly, 55% of consumers seeing the Frantic Frogs product detail page and 55% of those seeing the Alwayz-on-sale page stated that they would be much more likely to buy the product being sold if the product came with the OtterBox warranty, and over 80%

20

of respondents on both pages specified that they would be "much more likely" or "somewhat more likely" to do. There was no statistically significant difference in the response between consumers who viewed the Frantic Frogs Product Detail Page and the Alwayz-on-sale Product Detail Page, when they correctly identified the seller.

63.    To reiterate, even among the most sophisticated consumers who correctly identified the seller, these benefits were identified as material to their purchasing decision. There was no statistically significant difference in responses between consumers who viewed the Helpful Hippos listing and the Alwayz-on-sale listing and correctly identified the seller. In the same way, there was no statistically significant difference in responses between consumers who viewed the Frantic Frogs listing and the Alwayz-on-sale listing and correctly identified the seller.

64.    The crux of the matter is that, consumers have similar expectations from OtterBox products whether the product is sold by a seller that is authorized by OtterBox, such as Alwayz-on-sale, or by resellers that are not authorized by OtterBox, such as Helpful Hippos and Frantic Frogs. More specifically, I observed that, no matter which seller page is shown, consumers assume that the product comes with the OtterBox warranty and that it is in strict compliance with OtterBox's brand-dictated quality control standards.

65.    Note, however, the more materially important outcome: five out of ten page viewers observing the Helpful Hippos listing still said that if the product includes a manufacturer's warranty, they were much more likely to buy the product, and another

three of ten said they were somewhat more likely to buy it. When asked about adherence to OtterBox's quality control requirements, viz, inspection, 39% said they were much more likely to buy the product, and another three of ten said they were somewhat more likely to buy it.

66.     Similar results occurred for the Frantic Frogs listing. As the key issue is whether these potential purchasers expect a product that comes with the OtterBox warranty (when no such warranty is actually offered by Helpful Hippos or Frantic Frogs) and is compliant with OtterBox's quality control requirements (when no such requirements are in fact enforced by Helpful Hippos or Frantic Frogs), I conclude that these differences are material in considering consumer expectations.

67.     My survey also asked consumers whether they would leave negative reviews if they purchased the OtterBox branded product and the product had certain problems. See Appendix 4 Table 2A and Table 2B. When viewing Subset HH and the Helpful Hippos product, the majority of consumers indicated that they would "definitely" leave a negative review of the OtterBox branded product if they received a defective product for which they could not get a replacement under warranty, or if they were unable to communicate with the seller.  Furthermore, at least seven out of ten consumers "probably" or "definitely" would leave a negative review in these circumstances.  Similar results were observed for responses obtained from respondents who answered the above questions after viewing the Frantic Frogs listing within Subset FF.

68.     The survey also demonstrated that product authenticity was material even to consumers who correctly identified the seller (see Appendix 4: Table 2A and Table 2B).

i.      Within Subset HH, 71% (Helpful Hippos) of consumers said that they would "definitely" leave a negative review if the product is counterfeit. The proportions increased to 79% where consumers responded that they would "probably" or "definitely" leave a negative review if they received a counterfeit product.

ii.     Within Subset FF, 60% (Frantic Frogs) of the consumers stated they are likely to "definitely" leave a negative review if the product they received is counterfeit. These proportions increased to 83% where consumers specified that they are likely to "probably" or "definitely" leave a negative review if they received a counterfeit product.

69.     There were no material differences regarding negative reviews between consumers who viewed the unauthorized listing or the authorized listing.  Consumers recognizing Helpful Hippos as the seller were as likely to say they would leave negative reviews as consumers who recognized Alwayz-on-sale. Likewise, consumers who correctly identified Frantic Frogs as the seller were equally likely as consumers who correctly identified Alwayz-on-sale as the seller to say they would leave negative reviews.

70.     For both subsets of consumers, regardless of the page being viewed and regardless of whether the consumer correctly identified the seller, the majority of consumers were likely to leave a negative review if the product received was defective or counterfeit or if

the consumer could not communicate with the seller.  Thus, consumers are likely to blame OtterBox and leave negative reviews on OtterBox product listings for products sold by an unauthorized seller.

71.    In addition to the analysis above, for each question, I also conducted a statistical test to compare the difference in responses from the authorized seller and the unauthorized sellers (Helpful Hippos and Frantic Frogs). For the purpose of this test, I combined consumer responses across Subset HH and Subset FF and created two groups:

   i.    Group 1: Responses to questions based on the Alwayz-on-sale screenshot within Subset HH <u>combined with</u> responses to questions based on the Alwayz-on-sale screenshot within Subset FF.

   ii.   Group 2: Responses to questions based on the Helpful Hippos screenshot within Subset HH <u>combined with</u> responses to questions based on the Frantic Frogs screenshot within Subset FF.

72.    Similar to tests performed in Tables 1A, 1B, 2A and 2B, these tests were also conducted at 5% level of significance. For detailed results, see Table 3 in Appendix 4.

73.    Of the 17 tests conducted on all questions addressing what a potential purchaser expects or what actions a purchaser might make, none are statistically significant. In other words, in the larger groups that include more responses, there were no statistically

24

significant differences in how people responded to all 17 questions based on the presentation of the authorized seller listing and the unauthorized seller listings.

74.    For each question, this indicates that the proportions of responses are equal between the two groups. Most importantly, this suggests that, even when Subset HH and Subset FF are combined, consumers have similar expectations on warranty, customer service, product quality and OtterBox quality control standards from authorized sellers as well as unauthorized sellers.

75.    Most importantly, regardless of subset presentation, the majority of respondents cannot differentiate between authorized and unauthorized resellers of OtterBox products and expect the same level of quality, care and service from all resellers. From all of the analysis presented in preceding paragraphs i.e. within Subset HH and Subset FF and for the combined groups, it is evident that when it comes to the sale of an OtterBox product, consumers do not discern between sellers and have similar expectations regarding product and sales attributes.

76.    Finally, my survey also collected data on the instance and frequency of clicks on additional pages presented to survey respondents for both subsets (Subset HH and Subset FF). Through this information, I planned to evaluate if the number of clicks on additional pages were different for authorized versus unauthorized sellers. Unfortunately, within both subsets, no analyses could be conducted since in 65 of the 68 questions, only

0 to 4 respondents clicked any additional pages. For the remaining 3 questions, 5 to 8 respondents clicked an additional page.

77.    This number was too small to conduct analyses between the authorized and unauthorized sellers and their response options. It was also not possible to assess whether or not respondents' clicks on certain pages led to respondents' better understanding of terms of sale, shipping, condition of the product, and other sales attributes that the survey assessed.

78.    However, the fact that only a very small number of respondents clicked on the optional links demonstrates that the information in those links would not have had much impact on the overall responses to this survey.

79.    As part of the survey, respondents were shown the following directions:

"*Now we will show you one product. Remember, within the product screenshot, some of the links are working and can be clicked on to view other pages of product information. If a link is working, your mouse's pointer will change shape when you hover over the available links. The product screenshot will be shown on each page of the survey, and the links to other pages will also be available if you would like to review any of the additional product information. After reviewing the product on the next page, and any of the additional pages that are available, you can click the "Continue" button at the bottom of the page to begin answering the questions. Our questions have to do with what you understand about the sale of the product.*"

80.    These directions were displayed twice (once for "Alwayz-on-sale" and once for "Helpful Hippos" or "Frantic Frogs"). In conclusion, the setup of the survey was designed

to simulate a real-life online shopping experience. However, nearly all respondents chose not to click on any additional pages. Tables 4.1 and 4.2 within Appendix 4 detail the number of responses per question.

## VI. Conclusions

81.    The claims in the Complaint are allegations against Defendants regarding whether their offerings as unauthorized retailers mislead potential buyers of OtterBox products. I find that these claims are true and that potential buyers of OtterBox products cannot distinguish between authorized and unauthorized sellers. As a result, potential consumers are misled into believing that products sold by unauthorized sellers conform to OtterBox's quality requirements.

82.    I applied commonly used and accepted statistical methods tests to determine that these claims are. Based on the test results achieved after applying the applicable data, I conclude that:

(A) many respondents were confused about who the seller was when viewing the "Helpful Hippos" Product Page, with most believing that the seller was OtterBox and fewer than one-third correctly identifying the seller as Helpful Hippos,

(B) many respondents were confused about who the seller was when viewing the "Frantic Frogs" Product Page, with most believing that the seller is OtterBox and only four out of ten correctly identifying the seller as Frantic Frogs,

(C) most respondents believed OtterBox's warranty is included with the product sold

by "Helpful Hippos",

(D) most respondents believed OtterBox's warranty is included with the product sold

by "Frantic Frogs",

(E) a majority of respondents, including respondents who correctly identified Helpful

Hippos as the seller:

a.  Expected that the offered product would be inspected according to OtterBox's
quality control requirements before shipping

b.  Expected that the offered product would be handled according to OtterBox's
quality control requirements

c.  Expected that the offered product would be shipped according to OtterBox's
quality control requirements

d.  Expected the offered product would be in the original OtterBox packaging

e.  Expected that they would be able to communicate with the seller if there was a
problem after buying the offered product and

f.  Expected if the product was defective, the buyer would get a replacement

(F) a majority of overall respondents, and respondents who correctly identified Helpful

Hippos as the seller, found the above benefits material, and were somewhat or

much more likely to buy the OtterBox branded product if it came with the

manufacturer's warranty and was inspected according to the manufacturer's

quality control requirements,

(G) a majority of respondents, including respondents who correctly identified Frantic

Frogs as the seller:

a.  Expected that the offered product would be inspected according to OtterBox's
    quality control requirements before shipping

b.  Expected that the offered product would be handled according to OtterBox's
    quality control requirements

c.  Expected that the offered product would be shipped according to OtterBox's
    quality control requirements

d.  Expected the offered product would be in the original OtterBox packaging

e.  Expected that they would be able to communicate with the seller if there was a
    problem after buying the offered product and

f.  Expected if the product was defective, the buyer would get a replacement


(H) a majority of overall respondents, and respondents who correctly identified Frantic

Frogs as the seller, found the above benefits material, and were somewhat or much

more likely to buy the OtterBox branded product if it came with the manufacturer's

warranty and was inspected according to the manufacturer's quality control

requirements,

(I) regardless of screenshot presentation (Subset HH or Subset FF), if the product was

counterfeit, defective, and\or the seller could not be contacted to resolve a

problem, the respondent was more likely to leave a negative product review than

to not leave a negative product review.

83.     In short, purchasers of OtterBox branded products will leave negative reviews almost anytime that unauthorized sellers fail to provide a product with the same attributes that would be provided if the product were sold by an authorized seller. Over the years, OtterBox claims to have built a reputation for providing superior quality products that undergo rigorous quality control standards and procedures. OtterBox allegedly is viewed as being synonymous with quality and providing reliable products that feature characteristics that consumers expect from products sold under this brand. Thus, OtterBox will suffer reputational damage with negative reviews left unfairly because of the actions of an unauthorized seller.

San Antonio, TX
June 23, 2020

_____
Charles D. Cowan, Ph.D.

**Appendix 1:  Resume and Publications**

Charles D. Cowan is Managing Partner of ANALYTIC FOCUS LLC.  Dr. Cowan has 40 years of experience in statistical research and design.  He consults for numerous public and private sector entities on the design, implementation, and evaluation of research and the synthesis of statistical and sampling techniques for measurement.

Dr. Cowan has designed some of the largest and most complex research programs conducted by the Federal Government, including the Post Enumeration Program conducted by the Bureau of the Census to evaluate the 1980 Decennial Census, the Economic Cash Recovery valuations conducted by the Resolution Trust Corporation in 1990-95, and many evaluation studies conducted for the Justice Department, the Department of Defense, the Department of Housing and Urban Development, and the Treasury Department.  He has provided expert advice to corporations and government agencies on the incorporation of complex research designs in demographic and economic measurement problems, including:

- Development of procedures used by the Resolution Trust Corporation and the FDIC for determination of the value of all assets held by the RTC\FDIC taken from failed banks and S&Ls.   Results from this research were used in quarterly reports to Congress on the loss to the American taxpayer that resulted from these failures. These estimates of anticipated recoveries on assets were also used by the RTC and FDIC for financial reporting, leading these agencies to their first clean opinions from the GAO in their annual review of agency financial statements.

- Establishment of audit and sampling methods to determine the completeness and reliability of reporting and record systems.  These procedures were used to both expand and streamline bank examinations for safety and soundness and also compliance measurement for the FDIC.   These sampling techniques are applied in the audit of Federal agencies concerned with regulatory review of operations and systems, and related systems for banks, regulatory agencies, and law firms;

- Application of econometric and biometric procedures for measurement of credit risk in large portfolios of loans.  These models are frequently used for a variety of purposes within financial institutions, such as the pricing of loans, the long term management of customers, decision making on workouts for delinquent loans, and for establishment of economic and regulatory reserves.

- Evaluation of research conducted for the Department of Defense, for the National Institutes of Health, and for the Department of Agriculture, each in response to Congressional inquiries on the validity of published results, and also for Defendants in lawsuits involving evidence proffered by Plaintiffs in furtherance of their suit.

- Model fitting and development of projection methods to measure the likelihood of loss or errors in recording in loans held by banks or put up for auction; measurement of the likelihood of fraud and/or noncompliance in systems, including bank holding companies, trading activities for brokers, and systems for compliance with health department and judicial requirements;

- Development of procedures used by the Bureau of the Census for apportionment of population for revenue sharing purposes and the estimation of the undercount in the Decennial Census of Population and Housing.  These procedures include application of capture-recapture methods to measure the size of the undercount in the decennial census, use of network sampling as an alternative measure for population size, and measurement of the reliability of data collected in the Census.

- Development of statistical methods to quantify the size of populations, including nomadic populations for the Census of Somalia, the undercount and overcount in the Census of Egypt, the number of missing children in Chicago, IL, and the number of homeless persons and families needing services in several large cities with transient populations.

Dr. Cowan teaches graduate and undergraduate courses in survey methods, statistics, and computer methods for analysis.  He is the co-author of two books, one on evaluation of survey and census methods and one on econometric measures related to the welfare of the U.S. economy.  He has written numerous articles on statistical methods, sampling, rare and elusive population research, and optimization techniques.

Prior to cofounding ANALYTIC FOCUS LLC, Dr. Cowan was a Director with ARPC and with Price Waterhouse, where he specialized in financial research and audit sampling.  From 1991 to 1996, Dr. Cowan was the Chief Statistician for the Resolution Trust Corporation and the Federal Deposit Insurance Corporation, where he designed research necessary to measure the loss from the Savings & Loan Crisis of the late 1980's.  Dr. Cowan also served as the Chief Statistician for the U.S. Department of Education, where he designed large-scale surveys of educational institutions to measure resource needs and availability, and for Opinion Research Corporation, where he designed predictive models of demand for automobile manufacturers, banks, and large horizontally diverse firms like GE and AT&T.

Dr. Cowan worked for the U.S. Bureau of the Census, where he was the Chief of the Survey Design Branch and developed many of the techniques in use today for the evaluation of coverage in surveys and censuses.

**Education**

Ph.D., Mathematical Statistics, The George Washington University, 1984
M.A., Economics, The University of Michigan, 1973
B.A., English and B.A., Economics, The University of Michigan, 1972

**Professional Experience**

Co-Founder, ANALYTIC FOCUS LLC, January, 2002 to present.

Director, ARPC, November, 1999 to December, 2001.

Director, PricewaterhouseCoopers LLP, January 1997 to November, 1999.

Chief Statistician, Federal Deposit Insurance Corporation / RTC, 1991 to 1996.

Chief Statistician, Opinion Research Corporation, 1989 to 1991.

Chief Statistician, National Center for Education Statistics, US Dept. of Education, 1986 to 1989.

Bureau of the Census: Assistant Division Chief, International Statistical Programs Center, 1984 to 1986; Staff Liaison for Statistical Litigation Support, 1983 to 1984; Chief, Survey Design Branch, Statistical Methods Division, 1978 to 1983; Acting Chief, Survey Analysis and Evaluation Branch, Demographic Surveys Division, 1976 to 1978; Office of the Chief, Statistical Research Division, 1975 to 1976

Survey Research Center, Oregon State University: Manager, 1974 to 1975

Institute for Social Research, U. of Michigan: Assistant Study Director, 1972 to 1974.

**Professional Associations**

Professor, Statistics, University of Alabama – Birmingham, 2002-present.
Associate Professor, Statistics, George Washington University, 1993 - 1998.
Visiting Research Professor, Survey Research Laboratory, U. of Illinois, 1983 - 1989.
Consultant, Dept. of Community Psychiatry, Johns Hopkins U., July 1985 - Dec 1987.

**Professional Societies – Memberships**

American Statistical Association (ASA)
International Association of Assessment Officers

**Professional Societies - Positions**

President, Research Industry Coalition, 1999-2000
Council Member, Research Industry Coalition, Representative from ASA, 1995-2000
President, Washington/Baltimore Chapter of AAPOR, 1998
Program Chair, American Association for Public Opinion Research, 1991-1992

Program Chair, Section on Survey Research Methods, ASA, 1989-90
Secretary-Treasurer, AAPOR, 1985-1986
Associate Secretary-Treasurer, AAPOR, 1984-1985
Editorial Board, Public Opinion Quarterly, 1980-1984
Editorial Board, Marketing Research, 1989-2000
Chair, Conference Committee, AAPOR, 1982-1989
Chair, Committee on Privacy and Confidentiality, ASA, 1980-1981

**Publications**

Strumpel, Burkhard; Cowan, Charles; Juster, F. Thomas; and Schmiedeskamp, Jay; editors, Surveys of Consumers 1972-73, Contributions to Behavioral Economics, Ann Arbor: The Institute for Social Research, 1975.

Duncan, Greg, and Cowan, Charles D., "Labor Market Discrimination and Nonpecuniary Work Rewards" in Surveys of Consumers 1972-73, Contributions to Behavioral Economics, Ann Arbor:  The Institute for Social Research, 1975.

Curtin, Richard T. and Cowan, Charles D. "Public Attitudes Toward Fiscal Progress" in Surveys of Consumers 1972-73, Contributions to Behavioral Economics, Ann Arbor: The Institute for Social Research, 1975.

Goldfield, Edwin D.; Turner, Anthony G.; Cowan, Charles D.; Scott, John C., "Privacy and Confidentiality as Factors in Survey Response" in Public Data Use, Vol. 6, No 4, July 1978.

Cowan, Charles D., and Spoeri, Randall K., "Statistical Distance Measures and Test Site Selection:  Some Considerations", Proceedings of the Computer Science and Statistics: Eleventh Annual Symposium on the Interface, 1978.

Bushery, John R., Cowan, Charles D., and Murphy, Linda R., "Experiments in Telephone-Personal Visit Surveys", Proceedings of the American Statistical Association, Section on Survey Research Methods, 1978.

Spoeri, Randall K., and Cowan, Charles D., "On the Use of Distance Measures in Test Site Selection:  A Practical Application Using Census Data", Proceedings of the American Statistical Association, Section on Business and Economic Statistics, 1978.

Cowan, Charles D.; Murphy, Linda R.; Wiener, Judy, US Bureau of the Census, "Effects of Supplemental Questions on Victimization Estimates from the National Crime Survey"

34

in Proceedings of the American Statistical Association, Section on Survey Research Methods, 1978.

Bateman, David V.; Cowan, Charles D., US Bureau of the Census, "Plans for the 1980 Census Coverage Evaluation" in Proceedings of the American Statistical Association, Section on Survey Research Methods, 1979.

Hogan, Howard, and Cowan, Charles D., "Imputations, Response Errors, and Matching in Dual System Estimation", Proceedings of the American Statistical Association, Section on Survey Research Methods, 1980.

Schwartz, Sidney H., Cowan, Charles D., and Sausman, Kenneth R., "Optimization in the Design of a Large-Scale State Sample", Proceedings of the American Statistical Association, Section on Survey Research Methods, 1980.

Cowan, Charles D., "Modifications to Capture-Recapture Estimation in the Presence of Errors in the Data" presented at the meetings of the American Statistical Association, Biometrics Section, 1982 (no proceedings).

Fay, Robert; Cowan, Charles, US Bureau of the Census, "Missing Data Problems in Coverage Evaluation Studies" in Proceedings of the American Statistical Association, Section on Survey Research Methods, 1983.

Cowan, Charles D.; Fay, Robert E., "Estimates of Undercount in the 1980 Census" in Proceedings of the American Statistical Association, Section on Survey Research Methods, 1984.

Cowan, Charles D. "Interviews and Interviewing", The Social Science Encyclopedia, Routledge and Kegan Paul, Publishers, The Netherlands, 1984.

Wei, L. J. and Cowan, Charles D. "Selection Bias", Encyclopedia of Statistical Science, John Wiley and Sons, New York, N.Y., 1984.

Cowan, Charles D. and Malec, Donald J. "Capture-Recapture Models When Both Sources Have Clustered Observations", Journal of the American Statistical Association, June 1986, Vol. 81, # 394, pp. 347-353, and Proceedings of the American Statistical Association, Section on Survey Research Methods, 1984.

Cowan, Charles D., <u>The Effects of Misclassification on Estimates from Capture-Recapture Studies</u>.  Unpublished doctoral dissertation, The George Washington University, September 1984.

Sudman, Seymour; Cowan, Charles D., "Questionnaire Design Activities in Government Statistics Offices" in <u>Special Issue on Questionnaire Design, Journal of Official Statistics</u>, Vol. 1, No. 2, 1985.

Cowan, Charles D. "Misclassification of Categorical Data", <u>Proceedings of the American Statistical Association, Section on Survey Research Methods, 1985</u>.

Cowan, Charles D., Biemer, Paul P., Magnani, Robert J., and Turner, Anthony G., <u>Evaluating Censuses of Population and Housing</u>, Statistical Training Document, ISP-TR-5, U.S. Department of Commerce, Bureau of the Census, 1985.

Cowan, Charles D., Turner, Anthony G., and Stanecki, Karen "Design of the Somali Post Enumeration Survey (1986-1987)", <u>Proceedings of the American Statistical Association, Section on Survey Research Methods, 1986</u>.

Cowan, Charles D., Breakey, William R., and Fischer, Pamela J. "The Methodology of Counting the Homeless", <u>Proceedings of the American Statistical Association, Section on Survey Research Methods, 1986</u>.

Cowan, Charles D. and Malec, Donald J. "Sample Allocation for a Multistage, Multilevel, Multivariate Survey", <u>Proceedings of the Fourth Annual Research Conference (ARC IV)</u>, U.S. Bureau of the Census, 1988.

Frey, Carolin M., McMillen, Marilyn M., Cowan, Charles D., Horm, John W., and Kessler, Larry G..  "Representativeness of the Surveillance, Epidemiology, and End Results Program Data:  Recent Trends in Mortality Rates", <u>Journal of the National Cancer Institute</u>, Vol. 84, No. 11, June 3, 1992.

Cowan, Charles D., Breakey, William R., and Fischer, Pamela J. "The Methodology of Counting the Homeless, A Review" in <u>Homelessness, Health, and Human Needs</u>. Institute of Medicine, National Academy Press, National Academy of Sciences, Washington, D.C., 1988.

Cowan, Charles D., "Standards for Statistical Surveys in the Federal Government:  Practices in the Center for Education Statistics", <u>Proceedings of the American Statistical Association, Section on Survey Methods Research, 1988</u>.

Sudman, Seymour, Sirken, Monroe G., and Cowan, Charles D., "Sampling Rare and Elusive Populations", <u>Science</u>, Vol. 240, pp. 991-996, May 20, 1988.

Cowan, Charles D., "Mall Intercepts and Clinical Trials: The Philosophy of Inference from Different Types of Research Designs" in <u>Marketing Research: A Magazine of Management & Applications</u>, Vol. 1, No. 1, March 1989.

Cowan, Charles D., "Mall Intercepts: Principles of Design for Research" in <u>Proceedings of the Seventh Annual Advertising Research Foundation Research Quality Workshop</u>, September 1989.

Cowan, Charles D., "Estimating Census and Survey Undercounts Through Multiple Service Contacts" in <u>Housing Policy Debate: Counting the Homeless: The Methodologies, Policies, and Social Significance Behind the Numbers</u>, Volume 2, Issue 3, pp. 869-882, 1991.

Cowan, Charles D., "Ratio vs. Regression Estimators in a Large Scale Survey of S&L's" in <u>Proceedings of the Section on Survey Research Methods, American Statistical Association, 1992.</u>

Cowan, Charles D., "A Longitudinal Survey and Reality Check for the Value of Financial Assets" in <u>Proceedings of Statistics Canada Symposium 92: Design and Analysis of Longitudinal Surveys</u>, November 1992.

Cowan, Charles D., and Wittes, Janet, "Intercept Studies, Clinical Trials, and Cluster Experiments: To Whom Can We Extrapolate?" in <u>Controlled Clinical Trials</u>, Vol.15, pp.24-29, 1994.

Cowan, Charles D.; Klena, Mathew J., Resolution Trust Corp, "Allocation of Proceeds from Bulk Auctions to Individual Assets" in <u>Proceedings of the American Statistical Association, Section on Business and Economic Statistics</u>, 1995.

Cowan, Charles D. "Statistical Sampling as a Management Tool in Banking" in <u>FDIC Banking Review</u>, 1997, Vol. 10, No. 1.

Cowan, Charles D., "Coverage, Sample Design, and Weighting in Three Federal Surveys" in <u>Journal of Drug Issues</u>, October 2001.

Cowan, Charles D., "Use of Mass Appraisals in Toxic Tort Litigation Involving Loss of Value" in <u>Proceedings of the International Association of Assessment Officers</u>, October 2002.

Cowan, Adrian M. and Cowan, Charles D., "Default Correlation: An Empirical Investigation of a Subprime Lender", <u>The Journal of Banking and Finance</u>, March 2004.

Cowan, Charles D. and Cowan, Adrian M., "A Survey Based Assessment of Financial Institution Use of Credit Scoring for Small Business Lending", <u>SBA Report 283</u>, Nov. 2006

Keith, Scott W., Wang, Chenxi, Fontaine, Kevin R., Cowan, Charles D. and Allison, David B. "Body Mass Index and Headache Among Women: Results From 11 Epidemiologic Datasets", <u>Obesity</u>, Volume 16, Issue 2 (February 2008) 16: 377-383; doi:10.1038/oby.2007.32

Cowan, Adrian M. and Cowan, Charles D., "The Dynamics of Credit Quality and Implications for the Pricing of Small Business Loans", <u>The International Journal of Banking and Finance</u>, 2007/08 (March) Vol. 5. Number 2:2008: 31-60

Brock, David W., Thomas, Olivia, Cowan, Charles D., Hunter, Gary R., Gaesser, Glenn A., and Allison, David B., "Association between Physical Inactivity and Prevalence of Obesity in the United States", <u>Journal of Physical Activity and Health</u>, January, 2009

Cowan, Charles D., "Use of Statistical Analysis to Measure Damages", in <u>Comprehensive Guide to Economic Damages, Fourth Edition</u>, Business Valuation Resources, LLC, Portland, ME, April, 2016.

**Appendix 2:  Testimony in the Past Four Years**

**Financial:**

Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities and Credit Suisse Securities. Worked for plaintiff.  Deposed in December 2014. Deposed a second time in December 2015.  Deposed a third time, June 2016.

Homeward Residential as Master Servicer for Option One Mortgage Loan Trust 2006-2 v. Sand Canyon Corporation, f/k/a Option One Mortgage Corporation. Worked for plaintiff. Deposed in January 2015; deposed again in September 2015; hearing, June 2017.

Western Southern Life Insurance Company v. Bank of New York Mellon. Worked for plaintiff.  Deposition, January 2016.  Testified at trial, January 2017.

MBIA v Credit Suisse. Worked for plaintiff.  Deposed in January 2016.  Trial in July 2019.

MASTR Adjustable Rate Mortgages Trusts v. UBS Real Estate Securities Inc. Worked for plaintiff.  No depositions.  Testified at trial in May 2016.

FHFA v. RBS.  Worked for plaintiff.  Deposed in October 2016.

Mass Mutual v. Credit Suisse First Boston Mortgage Securities Corp. et al. Worked for plaintiff.  Deposed in November 2016.  Trial in August 2017.

FDIC as Receiver for Colonial Bank v. Credit Suisse First Boston Mortgage Securities Corp.; Credit Suisse Management LLC; Credit Suisse Securities (USA) LLC; First Horizon Asset Securities, Inc.; First Horizon Home Loan Corporation; FTN Financial Securities Corp.; and HSBC Securities (USA) Inc.; FDIC as Receiver for Receiver for Colonial Bank v RBS Securities Inc. Worked for plaintiff.  Deposed in March 2017.

Mass Mutual v. Goldman Sachs et al. Worked for plaintiff.  Deposed in May 2017.

CUNA v. Morgan Stanley.  Worked for plaintiff.  Deposed in May 2017.

CUNA v. Credit Suisse.  Worked for plaintiff.  Deposed in July 2017.  Deposed on rebuttal report, September 2017.

FHLB – Chicago v. Morgan Stanley.  Worked for plaintiff.  Deposed in October 2017.

FDIC as Receiver for Guaranty Bank v RBS Securities Inc. Worked for plaintiff. Deposed in November 2017.

People of the State of California v Morgan Stanley et al., Worked for plaintiff. Deposed in January 2018.

FDIC as Receiver for Receiver for Guaranty Bank v Goldman, Sachs & Co. and Deutsche Bank Securities. Worked for plaintiff. Deposed in January 2018.

Christopher S. Porrino, Attorney General of New Jersey on behalf of Amy G. Kopleton, Deputy Chief of the New Jersey Bureau of Securities, v. Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., and DLJ Mortgage Capital, Inc., Worked for plaintiff. Deposed in November 2018.

Federal Home Loan Bank of Boston v. Nomura; Federal Home Loan Bank of Boston v. Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Worked for plaintiff. Deposed in January 2019, day 1, February 2019, day 2.

Financial Guaranty Insurance Company v. Morgan Stanley ABS Capital I Inc. and Morgan Stanley Mortgage Capital Holdings LLC, as successor to Morgan Stanley Mortgage Capital Inc., Worked for plaintiff. Deposed in May 2019.

AMBAC Assurance Corporation et al v. First Franklin et al. Worked for plaintiff. Deposed in December 2019.

**Financial - non RMBS**
In Re Riddell Concussion Reduction Litigation. Worked for plaintiff. Deposed Jan. 2017.

IPOX Schuster, LLC v. Nikko Asset Worked for defendants. Deposed in July 2017.

Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan v. BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; The BlackRock, Inc. Retirement Committee; The Investment Committee of the Retirement Committee; The Administrative Committee of the Retirement Committee; The Management Development & Compensation Committee, Catherine Bolz, Chip Castille, Paige Dickow, Daniel A. Dunay, Jeffrey A. Smith; Anne Ackerley, Amy Engel, Nancy Everett, Joseph Feliciani Jr., Ann Marie Petach, Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Philippe Matsumoto, John Perlowski, Andy Phillips, Kurt Schansinger, Tom Skrobe; Kathleen Nedl, Marc Comerchero,

Joel Davies, John Davis, Milan Lint, Laraine McKinnon, and Mercer Investment Consulting. Worked for plaintiffs.  Deposed in May 2019.

**Disparate Impact \ Discrimination:**
River Cross Land Company, LLC v. Seminole County, FL.  Worked for plaintiff.  Deposition, October 2019.

**Construction Defects:**
Abad v. Western Pacific Housing.  Worked for defense.  Deposition, October 2016.

Stanton v. Richmond American Homes of Nevada Inc.  Worked for defense.  Deposition, October 2016.

Park et al. v. Meritage Homes.  Worked for defense.  Deposition, December 2017.

Vizcayne North Condominium Association, Inc. v W.G. Yates & Sons Construction Company, et al.  (also South Condominium Association and Master). Worked for defense. Deposition, February 2017.

Donald Melosh, et al. v. Western Pacific Housing, Inc., JAMS Case No.: 1100091610, Construction Defects.  Worked for defense. Deposition, March, 2020.

**Other Cases:**
Estate of Evan Press v Northport Health Services of Arkansas, LLC and NHS Management, LLC.  Wrongful Injury Suit in Alabama.  Worked for defendants.  Deposition, July 2017.

Pudlowski v. St. Louis Rams.  Worked for plaintiff.  Deposed in September 2017.  Deposed again in October 2018.

Elena Tyurina v. Urbana Tahoe TC LLC, Urbana Tahoe Beverage Company, LLC dba Beach Retreat and Lodge Tahoe, and Action Motorsports of Tahoe, Inc.  Worked for Defendant. Deposition, April 2018.

In Re: Dicamba Herbicides Litigation.  Product Defect case.  Worked for plaintiffs. Deposition, March 2019.

Otter Products et al, v. Phone Rehab et al.   Deceptive Sales. Worked for plaintiff.  Deposed in November 2019.

Thomas Allegra et al v. Luxottica Retail North America.  Worked for plaintiff.  Deposed in December 2019.

Westgate Resorts v. Reid Hein & Associates, dba Timeshare Exit Team.  Tortious Interference case.  Worked for plaintiffs.  Deposition, March 2020.

**Appendix 3: Facts or Data Considered in Forming Opinions**

OtterBox v. Big Birds Complaint
200279_data_Overlap.sav
20200279_Verbatim Comments.xls
OtterBox Research_QRE_FINAL.doc
Image Instructions.pptx

### Appendix 4:  Tables Used for Analysis in the Report

**Table 1A: Comparison of Responses When Shown Seller is Alwayz-on-sale versus When Shown Seller is Helpful Hippos**

If Test in Right-most column is > 0.05, no statistical difference.
If Test is <= 0.05, cells that differ are highlighted.

| | | Screenshot from Seller: | | Percent Who Said: | | Test of Diff. Significance |
|---|---|---|---|---|---|---|
| **Question ID** | **Question** | **alwayz-on-sale** | **Helpful Hippos** | **alwayz-on-sale** | **Helpful Hippos** | |
| Q3/Q20 | Who Is Selling The Product? | 1. alwayz-on-sale | 1. Helpful Hippos | 27.53 | 29.21 | |
| | | 2. OtterBox | 2. OtterBox | 57.87 | 61.24 | |
| | | 3. Amazon | 3. Amazon | 6.74 | 4.49 | |
| | | 4. Other or DK | 4. Other or DK | 7.87 | 5.06 | |
| | | Total | Total | 100.00 | 100.00 | 0.724 |
| Q4/Q21 | Is a Warranty Offered? | 1. Yes | 1. Yes | 68.54 | 66.29 | |
| | | 2. No | 2. No | 11.24 | 12.92 | |
| | | 3. Not Sure | 3. Not Sure | 20.22 | 20.79 | |
| | | Total | Total | 100.00 | 100.00 | 0.865 |
| Q5/Q22 | Who Offers the Warranty? | 1. alwayz-on-sale | 1. Helpful Hippos | 1.64 | 0.85 | |
| | | 2. OtterBox | 2. OtterBox | 86.89 | 88.98 | |
| | | 3. Amazon | 3. Amazon | 2.46 | 4.24 | |
| | | 4. Other or DK | 4. Other or DK | 9.02 | 5.93 | |
| | | Total | Total | 100.00 | 100.00 | 0.618 |
| Q6/Q23 | Expect Inspection Before Shipping According To Manufacturer's Quality Control Requirements? | 1. Yes | 1. Yes | 78.65 | 79.78 | |
| | | 2. No | 2. No | 6.18 | 6.74 | |
| | | 3. Not Sure | 3. Not Sure | 15.17 | 13.48 | |
| | | Total | Total | 100.00 | 100.00 | 0.890 |
| Q7/Q24 | Expect Product Handled According To Manufacturer's Quality Control Requirements? | 1. Yes | 1. Yes | 83.15 | 84.27 | |
| | | 2. No | 2. No | 6.18 | 3.93 | |
| | | 3. Not Sure | 3. Not Sure | 10.67 | 11.80 | |
| | | Total | Total | 100.00 | 100.00 | 0.606 |
| Q8/Q25 | Expect Product Shipped According To Manufacturer's Quality Control Requirements? | 1. Yes | 1. Yes | 80.34 | 80.90 | |
| | | 2. No | 2. No | 5.06 | 5.62 | |
| | | 3. Not Sure | 3. Not Sure | 14.61 | 13.48 | |
| | | Total | Total | 100.00 | 100.00 | 0.934 |
| Q9/Q26 | | 1. Yes | 1. Yes | 79.78 | 83.15 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Expect Original Packaging? | 2. No | 2. No | 10.11 | 6.18 | |
| | | 3. Not Sure | 3. Not Sure | 10.11 | 10.67 | |
| | | Total | Total | 100.00 | 100.00 | 0.398 |
| Q10/Q27 | Expect To Be Able To Contact The Seller If Problem After Buying? | 1. Yes | 1. Yes | 90.45 | 89.33 | |
| | | 2. No | 2. No | 3.93 | 5.06 | |
| | | 3. Not Sure | 3. Not Sure | 5.62 | 5.62 | |
| | | Total | Total | 100.00 | 100.00 | 0.877 |
| Q11/Q28 | Defective, get replacement? | 1. Yes | 1. Yes | 87.64 | 88.20 | |
| | | 2. No | 2. No | 3.93 | 5.06 | |
| | | 3. Not Sure | 3. Not Sure | 8.43 | 6.74 | |
| | | Total | Total | 100.00 | 100.00 | 0.746 |
| Q12/Q29 | If Inspected According To Quality Control Requirements, More Likely To Buy? | 1. Much More Likely | 1. Much More Likely | 47.75 | 44.38 | |
| | | 2. Somewhat More Likely | 2. Somewhat More Likely | 30.34 | 30.90 | |
| | | 3. Would Make No Diff | 3. Would Make No Diff | 21.91 | 24.72 | |
| | | Total | Total | 100.00 | 100.00 | 0.767 |
| Q13/Q30 | If Product Offers a Warranty, More Likely to Buy? | 1. Much More Likely | 1. Much More Likely | 54.49 | 49.44 | |
| | | 2. Somewhat More Likely | 2. Somewhat More Likely | 29.21 | 33.15 | |
| | | 3. Would Make No Diff | 3. Would Make No Diff | 16.29 | 17.42 | |
| | | Total | Total | 100.00 | 100.00 | 0.623 |
| Q14/Q31 | If Product Is Damaged, Likely To Leave Negative Review? | 1. Def Would Not | 1. Def Would Not | 2.25 | 3.93 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 11.24 | 11.24 | |
| | | 3. Not Sure | 3. Not Sure | 24.16 | 26.97 | |
| | | 4. Prob Would | 4. Prob Would | 33.15 | 31.46 | |
| | | 5. Def Would | 5. Def Would | 29.21 | 26.40 | |
| | | Total | Total | 100.00 | 100.00 | 0.840 |
| Q15/Q32 | If Product Is Counterfeit, Likely To Leave Negative Review? | 1. Def Would Not | 1. Def Would Not | 2.81 | 3.37 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 3.37 | 5.06 | |
| | | 3. Not Sure | 3. Not Sure | 7.87 | 10.67 | |
| | | 4. Prob Would | 4. Prob Would | 17.98 | 19.66 | |
| | | 5. Def Would | 5. Def Would | 67.98 | 61.24 | |
| | | Total | Total | 100.00 | 100.00 | 0.697 |
| Q16/Q33 | If Product is defective and could not get replacement under warranty, | 1. Def Would Not | 1. Def Would Not | 1.69 | 3.93 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 3.93 | 3.37 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Likely to Leave Negative Review? | 3. Not Sure | 3. Not Sure | 6.74 | 6.18 | |
| | | 4. Prob Would | 4. Prob Would | 25.28 | 24.72 | |
| | | 5. Def Would | 5. Def Would | 62.36 | 61.80 | |
| | | Total | Total | 100.00 | 100.00 | 0.784 |
| Q17/Q34 | If Problem With Product And Unable To Contact The Seller, Likely To Leave Negative Review? | 1. Def Would Not | 1. Def Would Not | 1.12 | 2.25 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 2.81 | 3.37 | |
| | | 3. Not Sure | 3. Not Sure | 14.61 | 12.92 | |
| | | 4. Prob Would | 4. Prob Would | 21.91 | 26.40 | |
| | | 5. Def Would | 5. Def Would | 59.55 | 55.06 | |
| | | Total | Total | 100.00 | 100.00 | 0.736 |
| Q18/Q35 | Do you Believe Seller is Manufacturer? | 1. Yes | 1. Yes | 45.51 | 42.70 | |
| | | 2. No | 2. No | 39.89 | 44.94 | |
| | | 3. Not Sure | 3. Not Sure | 14.61 | 12.36 | |
| | | Total | Total | 100.00 | 100.00 | 0.598 |
| Q19/Q36 | Do You Believe Seller Is Affiliated, Connected Or Associated With Manufacturer? | 1. Yes | 1. Yes | 16.49 | 16.67 | |
| | | 2. No | 2. No | 50.52 | 50.00 | |
| | | 3. Not Sure | 3. Not Sure | 32.99 | 33.33 | |
| | | Total | Total | 100.00 | 100.00 | 0.997 |

**Table 1B: Comparison of Responses When Shown Seller is Alwayz-on-sale versus When Shown Seller is Frantic Frogs**

If Test in Right-most column is > 0.05, no statistical difference.
If Test is <= 0.05, cells that differ are highlighted.

| | | Screenshot from Seller: | | Percent Who Said: | | Test of Diff. Significance |
|---|---|---|---|---|---|---|
| **Question ID** | **Question** | **alwayz-on-sale** | **Frantic Frogs** | **alwayz-on-sale** | **Frantic Frogs** | |
| Q37/Q54 | Who Is Selling The Product? | 1. alwayz-on-sale | 1. Frantic Frogs | 39.47 | 40.53 | |
| | | 2. OtterBox | 2. OtterBox | 53.68 | 49.47 | |
| | | 3. Amazon | 3. Amazon | 2.11 | 2.11 | |
| | | 4. Other or DK | 4. Other or DK | 4.74 | 7.89 | |
| | | Total | Total | 100.00 | 100.00 | 0.834 |
| Q38/Q55 | Is a Warranty Offered? | 1. Yes | 1. Yes | 76.84 | 81.58 | |
| | | 2. No | 2. No | 13.16 | 6.32 | |
| | | 3. Not Sure | 3. Not Sure | 10.00 | 12.11 | |
| | | Total | Total | 100.00 | 100.00 | 0.074 |
| Q39/Q56 | Who Offers the Warranty? | 1. alwayz-on-sale | 1. Frantic Frogs | 0.68 | 0.65 | |
| | | 2. OtterBox | 2. OtterBox | 93.15 | 94.19 | |
| | | 3. Amazon | 3. Amazon | 1.37 | 1.94 | |
| | | 4. Other or DK | 4. Other or DK | 4.79 | 3.23 | |
| | | Total | Total | 100.00 | 100.00 | 0.710 |
| Q40/Q57 | Expect Inspection Before Shipping? According To Manufacturer's Quality Control Requirements? | 1. Yes | 1. Yes | 83.16 | 78.42 | |
| | | 2. No | 2. No | 4.21 | 10.00 | |
| | | 3. Not Sure | 3. Not Sure | 12.63 | 11.58 | |
| | | Total | Total | 100.00 | 100.00 | 0.089 |
| Q41/Q58 | Expect Product Handled According To Manufacturer's Quality Control Requirements? | 1. Yes | 1. Yes | 87.89 | 86.84 | |
| | | 2. No | 2. No | 3.16 | 5.26 | |
| | | 3. Not Sure | 3. Not Sure | 8.95 | 7.89 | |
| | | Total | Total | 100.00 | 100.00 | 0.566 |
| Q42/Q59 | Expect Product Shipped According To Manufacturer's Quality Control Requirements? | 1. Yes | 1. Yes | 85.79 | 82.11 | |
| | | 2. No | 2. No | 6.84 | 8.42 | |
| | | 3. Not Sure | 3. Not Sure | 7.37 | 9.47 | |
| | | Total | Total | 100.00 | 100.00 | 0.618 |
| Q43/Q60 | Expect Original Packaging? | 1. Yes | 1. Yes | 84.74 | 72.11 | |
| | | 2. No | 2. No | 6.84 | 13.68 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 3. Not Sure | 3. Not Sure | 8.42 | 14.21 | |
| | | Total | Total | 100.00 | 100.00 | 0.011* |
| Q44/Q61 | Expect To Be Able To Contact The Seller If Problem After Buying? | 1. Yes | 1. Yes | 95.26 | 95.26 | |
| | | 2. No | 2. No | 2.11 | 2.63 | |
| | | 3. Not Sure | 3. Not Sure | 2.63 | 2.11 | |
| | | Total | Total | 100.00 | 100.00 | 0.895 |
| Q45/Q62 | Defective, get replacement? | 1. Yes | 1. Yes | 87.89 | 91.58 | |
| | | 2. No | 2. No | 2.63 | 4.21 | |
| | | 3. Not Sure | 3. Not Sure | 9.47 | 4.21 | |
| | | Total | Total | 100.00 | 100.00 | 0.096 |
| Q46/Q63 | If Inspected According To Quality Control Requirements, More Likely To Buy? | 1. Much More Likely | 1. Much More Likely | 39.47 | 45.79 | |
| | | 2. Somewhat More Likely | 2. Somewhat More Likely | 34.21 | 29.47 | |
| | | 3. Would Make No Diff | 3. Would Make No Diff | 26.32 | 24.74 | |
| | | Total | Total | 100.00 | 100.00 | 0.438 |
| Q47/Q64 | If Product Offers a Warranty, More Likely to Buy? | 1. Much More Likely | 1. Much More Likely | 54.74 | 54.74 | |
| | | 2. Somewhat More Likely | 2. Somewhat More Likely | 28.95 | 26.84 | |
| | | 3. Would Make No Diff | 3. Would Make No Diff | 16.32 | 18.42 | |
| | | Total | Total | 100.00 | 100.00 | 0.821 |
| Q48/Q65 | If Product Is Damaged, Likely To Leave Negative Review? | 1. Def Would Not | 1. Def Would Not | 2.11 | 3.16 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 16.84 | 14.74 | |
| | | 3. Not Sure | 3. Not Sure | 25.79 | 29.47 | |
| | | 4. Prob Would | 4. Prob Would | 29.47 | 25.26 | |
| | | 5. Def Would | 5. Def Would | 25.79 | 27.37 | |
| | | Total | Total | 100.00 | 100.00 | 0.766 |
| Q49/Q66 | If Product Is Counterfeit, Likely To Leave Negative Review? | 1. Def Would Not | 1. Def Would Not | 1.58 | 2.11 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 5.26 | 4.21 | |
| | | 3. Not Sure | 3. Not Sure | 6.84 | 7.89 | |
| | | 4. Prob Would | 4. Prob Would | 25.79 | 21.58 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 5. Def Would | 5. Def Would | 60.53 | 64.21 | |
| | | Total | Total | 100.00 | 100.00 | 0.840 |
| Q50/Q67 | If Product is defective and could not get replacement under warranty, Likely to Leave Negative Review? | 1. Def Would Not | 1. Def Would Not | 1.58 | 1.58 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 5.26 | 3.68 | |
| | | 3. Not Sure | 3. Not Sure | 11.58 | 12.11 | |
| | | 4. Prob Would | 4. Prob Would | 16.84 | 15.79 | |
| | | 5. Def Would | 5. Def Would | 64.74 | 66.84 | |
| | | Total | Total | 100.00 | 100.00 | 0.954 |
| Q51/Q68 | If Problem With Product And Unable To Contact The Seller, Likely To Leave Negative Review? | 1. Def Would Not | 1. Def Would Not | 3.16 | 2.63 | |
| | | 2. Prob Would Not | 2. Prob Would Not | 5.26 | 6.32 | |
| | | 3. Not Sure | 3. Not Sure | 10.53 | 10.00 | |
| | | 4. Prob Would | 4. Prob Would | 24.21 | 20.00 | |
| | | 5. Def Would | 5. Def Would | 56.84 | 61.05 | |
| | | Total | Total | 100.00 | 100.00 | 0.854 |
| Q52/Q69 | Do you Believe Seller is Manufacturer? | 1. Yes | 1. Yes | 37.37 | 35.26 | |
| | | 2. No | 2. No | 48.95 | 53.16 | |
| | | 3. Not Sure | 3. Not Sure | 13.68 | 11.58 | |
| | | Total | Total | 100.00 | 100.00 | 0.677 |
| Q53/Q70 | Do You Believe Seller Is Affiliated, Connected Or Associated With Manufacturer? | 1. Yes | 1. Yes | 17.65 | 11.38 | |
| | | 2. No | 2. No | 52.10 | 60.16 | |
| | | 3. Not Sure | 3. Not Sure | 30.25 | 28.46 | |
| | | Total | Total | 100.00 | 100.00 | 0.300 |

*Statistically significant at 5% level of significance.*

**Table 2A.1:  Responses Among Respondents Who Correctly Identified the Seller
(Alwayz-on-sale versus Helpful Hippos)
Tabulations are Either "Yes" or "Much More" or "Would - Definitely"**
If Test in Right-most column is > 0.05, no statistical difference.
If Test is <= 0.05, cells that differ are highlighted.

| Question ID | Question | Percent Affirmative | | Test of Difference Sig. |
|---|---|---|---|---|
| | | Shown alwayz-on-sale Screenshot, alwayz-on-sale Identified as Seller | Shown Helpful Hippos Screenshot, Helpful Hippos Identified as Seller | |
| Q4/Q21 | Is a Warranty Offered? | 71.4 | 80.8 | 0.522 |
| Q6/Q23 | Expect Inspection Before Shipping According To Manufacturer's Quality Control Requirements? | 65.3 | 71.2 | 0.495 |
| Q7/Q24 | Expect Product Handled According To Manufacturer's Quality Control Requirements? | 69.4 | 78.9 | 0.342 |
| Q8/Q25 | Expect Product Shipped According To Manufacturer's Quality Control Requirements? | 67.4 | 63.5 | 0.739 |
| Q9/Q26 | Expect Original Packaging? | 77.6 | 80.8 | 0.655 |
| Q10/Q27 | Expect To Be Able To Contact The Seller If Problem After Buying? | 87.8 | 86.5 | 0.952 |
| Q11/Q28 | Defective, get replacement? | 73.5 | 88.5 | 0.118 |
| Q12/Q29 | If Inspected According To Quality Control Requirements, More Likely To Buy? | 36.7 | 38.5 | 0.763 |
| Q13/Q30 | If Product Offers a Warranty, More Likely to Buy? | 46.9 | 51.9 | 0.684 |
| Q14/Q31 | If Product Is Damaged, Likely To Leave Negative Review? | 38.8 | 32.7 | 0.854 |
| Q15/Q32 | If Product Is Counterfeit, Likely To Leave Negative Review? | 75.5 | 71.2 | 0.640 |

| Q16/Q33 | If Product is defective and could not get replacement under warranty, Likely to Leave Negative Review? | 61.2 | 65.4 | 0.301 |
| Q17/Q34 | If Problem With Product And Unable To Contact The Seller, Likely To Leave Negative Review? | 63.3 | 61.5 | 0.986 |

**Note: The "affirmative" responses include only those respondents who answered "Much More" or "Would – Definitely" as applicable. The following Table 2A.2's affirmative responses include both those respondents who answered "Much More" and "Somewhat More," as well as "Would – Definitely" and "Would – Probably" as applicable.**

**Table 2A.2:  Responses Among Respondents Who Correctly Identified the Seller (Alwayz-on-sale versus Helpful Hippos) Tabulations are Either "Much More plus Somewhat More Likely" or "Would - Probably or Definitely"**
If Test in Right-most column is > 0.05, no statistical difference.
If Test is <= 0.05, cells that differ are highlighted.

| Question ID | Question | Percent Affirmative | | Test of Difference Sig. |
| --- | --- | --- | --- | --- |
| | | Shown alwayz-on-sale Screenshot, alwayz-on-sale Identified as Seller | Shown Helpful Hippos Screenshot, Helpful Hippos Identified as Seller | |
| Q4/Q21 | Is a Warranty Offered? | 71.4 | 80.8 | 0.522 |
| Q6/Q23 | Expect Inspection Before Shipping According To Manufacturer's Quality Control Requirements? | 65.3 | 71.2 | 0.495 |
| Q7/Q24 | Expect Product Handled According To Manufacturer's Quality Control Requirements? | 69.4 | 78.9 | 0.342 |
| Q8/Q25 | Expect Product Shipped According To Manufacturer's Quality Control Requirements? | 67.4 | 63.5 | 0.739 |

| | | | | |
|---|---|---|---|---|
| Q9/Q 26 | Expect Original Packaging? | 77.6 | 80.8 | 0.655 |
| Q10/ Q27 | Expect To Be Able To Contact The Seller If Problem After Buying? | 87.8 | 86.5 | 0.952 |
| Q11/ Q28 | Defective, get replacement? | 73.5 | 88.5 | 0.118 |
| Q12/ Q29 | If Inspected According To Quality Control Requirements, More Likely To Buy? | 81.6 | 76.9 | 0.560 |
| Q13/ Q30 | If Product Offers a Warranty, More Likely to Buy? | 87.8 | 84.6 | 0.648 |
| Q14/ Q31 | If Product Is Damaged, Likely To Leave Negative Review? | 69.4 | 63.5 | 0.721 |
| Q15/ Q32 | If Product Is Counterfeit, Likely To Leave Negative Review? | 85.7 | 78.9 | 0.489 |
| Q16/ Q33 | If Product is defective and could not get replacement under warranty, Likely to Leave Negative Review? | 89.8 | 90.4 | 0.197 |
| Q17/ Q34 | If Problem With Product And Unable To Contact The Seller, Likely To Leave Negative Review? | 81.6 | 78.9 | 0.931 |

**Table 2B.1:  Responses Among Respondents Who Correctly Identified the Seller**
**(Alwayz-on-sale versus Frantic Frogs)**
**Tabulations are Either "Yes" or "Much More" or "Would - Definitely"**
If Test in Right-most column is > 0.05, no statistical difference.
If Test is <= 0.05, cells that differ are highlighted.

| Question ID | Question | Percent Affirmative | | Test of Difference Sig. |
|---|---|---|---|---|
| | | Shown alwayz-on-sale Screenshot, alwayz-on-sale Identified as Seller | Shown Frantic Frogs Screenshot, Frantic Frogs Identified as Seller | |
| Q38/Q55 | Is a Warranty Offered? | 80.0 | 84.4 | 0.152 |
| Q40/Q57 | Expect Inspection Before Shipping According To Manufacturer's Quality Control Requirements? | 81.3 | 76.6 | 0.420 |
| Q41/Q58 | Expect Product Handled According To Manufacturer's Quality Control Requirements? | 86.7 | 81.8 | 0.699 |
| Q42/Q59 | Expect Product Shipped According To Manufacturer's Quality Control Requirements? | 80.0 | 68.8 | 0.227 |
| Q43/Q60 | Expect Original Packaging? | 88.0 | 76.6 | 0.162 |
| Q44/Q61 | Expect To Be Able To Contact The Seller If Problem After Buying? | 93.3 | 94.8 | 0.831 |
| Q45/Q62 | Defective, get replacement? | 88.0 | 92.2 | 0.561 |
| Q46/Q63 | If Inspected According To Quality Control Requirements, More Likely To Buy? | 41.3 | 48.1 | 0.695 |
| Q47/Q64 | If Product Offers a Warranty, More Likely to Buy? | 54.7 | 54.6 | 0.987 |
| Q48/Q65 | If Product Is Damaged, Likely To Leave Negative Review? | 29.3 | 28.6 | 0.956 |

| Q49/Q66 | If Product Is Counterfeit, Likely To Leave Negative Review? | 65.3 | 59.7 | 0.791 |
|---|---|---|---|---|
| Q50/Q67 | If Product is defective and could not get replacement under warranty, Likely to Leave Negative Review? | 65.3 | 66.2 | 0.928 |
| Q51/Q68 | If Problem With Product And Unable To Contact The Seller, Likely To Leave Negative Review? | 57.3 | 62.3 | 0.945 |

**Note: The "affirmative" responses include only those respondents who answered "Much More" or "Would – Definitely" as applicable.  The following Table 2B.2's affirmative responses include both those respondents who answered "Much More" and "Somewhat More," as well as "Would – Definitely" and "Would – Probably" as applicable.**

**Table 2B.2: Responses Among Respondents Who Correctly Identified the Seller
(Alwayz-on-sale versus Frantic Frogs)
Tabulations are Either "Much More plus Somewhat More
Likely" or "Would - Probably or Definitely"**
If Test in Right-most column is > 0.05, no statistical difference.
If Test is <= 0.05, cells that differ are highlighted.

| Question ID | Question | Percent Affirmative | | Test of Difference Sig. |
| | | Shown alwayz-on-sale Screenshot, alwayz-on-sale Identified as Seller | Shown Frantic Frogs Screenshot, Frantic Frogs Identified as Seller | |
| --- | --- | --- | --- | --- |
| Q38/Q55 | Is a Warranty Offered? | 80.0 | 84.4 | 0.152 |
| Q40/Q57 | Expect Inspection Before Shipping According To Manufacturer's Quality Control Requirements? | 81.3 | 76.6 | 0.420 |
| Q41/Q58 | Expect Product Handled According To Manufacturer's Quality Control Requirements? | 86.7 | 81.8 | 0.699 |
| Q42/Q59 | Expect Product Shipped According To Manufacturer's Quality Control Requirements? | 80.0 | 68.8 | 0.227 |
| Q43/Q60 | Expect Original Packaging? | 88.0 | 76.6 | 0.162 |
| Q44/Q61 | Expect To Be Able To Contact The Seller If Problem After Buying? | 93.3 | 94.8 | 0.831 |
| Q45/Q62 | Defective, get replacement? | 88.0 | 92.2 | 0.561 |
| Q46/Q63 | If Inspected According To Quality Control Requirements, More Likely To Buy? | 73.3 | 75.3 | 0.779 |
| Q47/Q64 | If Product Offers a Warranty, More Likely to Buy? | 84.0 | 83.1 | 0.883 |
| Q48/Q65 | If Product Is Damaged, Likely To Leave Negative Review? | 54.7 | 49.4 | 0.915 |
| Q49/Q66 | If Product Is Counterfeit, Likely To Leave Negative Review? | 86.7 | 83.1 | 0.684 |
| Q50/Q67 | If Product is defective and could not get replacement under warranty, Likely to Leave Negative Review? | 82.7 | 80.5 | 0.881 |

| Q51/Q68 | If Problem With Product And Unable To Contact The Seller, Likely To Leave Negative Review? | 78.7 | 80.5 | 0.936 |

**Table 3: Combined Test of Proportions between "Alwayz-on-sale" and
       "Helpful Hippos plus Frantic Frogs"**
If Test in Right-most column is > 0.05, no statistically significant difference.
If Test is <= 0.05, cells that differ are highlighted.

| Question ID | Question | Test of Difference Sig. |
|---|---|---|
| Q3/Q20/Q37/Q54 | Who Is Selling The Product? | 0.904 |
| Q4/Q21/Q38/Q55 | Is a Warranty Offered? | 0.469 |
| Q5/Q22/Q39/Q56 | Who Offers the Warranty? | 0.463 |
| Q6/Q23/Q40/Q57 | Expect Inspection Before Shipping According To Manufacturer's Quality Control Requirements? | 0.200 |
| Q7/Q24/Q41/Q58 | Expect Product Handled According To Manufacturer's Quality Control Requirements? | 1.000 |
| Q8/Q25/Q42/Q59 | Expect Product Shipped According To Manufacturer's Quality Control Requirements? | 0.802 |
| Q9/Q26/Q43/Q60 | Expect Original Packaging? | 0.237 |
| Q10/Q27/Q44/Q61 | Expect To Be Able To Contact The Seller If Problem After Buying? | 0.819 |
| Q11/Q28/Q45/Q62 | Defective, get replacement? | 0.126 |
| Q12/Q29/Q46/Q63 | If Inspected According To Quality Control Requirements, More Likely To Buy? | 0.814 |
| Q13/Q30/Q47/Q64 | If Product Offers a Warranty, More Likely to Buy? | 0.766 |
| Q14/Q31/Q48/Q65 | If Product Is Damaged, Likely To Leave Negative Review? | 0.617 |
| Q15/Q32/Q49/Q66 | If Product Is Counterfeit, Likely To Leave Negative Review? | 0.867 |
| Q16/Q33/Q50/Q67 | If Product is defective and could not get replacement under warranty, Likely to Leave Negative Review? | 0.807 |
| Q17/Q34/Q51/Q68 | If Problem With Product And Unable To Contact The Seller, Likely To Leave Negative Review? | 0.972 |
| Q18/Q35/Q52/Q69 | Do you Believe Seller is Manufacturer? | 0.411 |
| Q19/Q36/Q53/Q70 | Do You Believe Seller Is Affiliated, Connected Or Associated With Manufacturer? | 0.553 |

**Table 4.1:  Number of respondents who clicked or did not click additional pages by Seller (Subset HH: Respondent Count = 178)**

| Question ID & Description | Alwayz-on-sale | | Helpful Hippos | |
|---|---|---|---|---|
| | Clicked additional pages n (%) | Did not click additional pages n (%) | Clicked additional pages n (%) | Did not click additional pages n (%) |
| 3 & 20 - Who is selling the product on the Amazon website? | 3 (1.69) | 175 (98.31) | 3 (1.69) | 175 (98.31) |
| 4 & 21- For this product, is a manufacturer's warranty offered? | 2 (1.12) | 176 (98.88) | 1 (.56) | 177 (99.44) |
| 5 & 22- For this product, who offers the warranty? | 1 (.82) | 121 (99.18) | 1 (.57) | 117 (99.43) |
| 6 & 23- If you purchased this product, would you expect it to have been inspected before shipping according to the manufacturer's quality-control requirements? | 3 (1.69) | 175 (98.31) | 2 (1.12) | 176 (98.88) |
| 7 & 24- If you purchased this product, would you expect it to have been handled according to the manufacturer's quality-control requirements? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 8 & 25- If you purchased this product, would you expect it to have been shipped to you according to the manufacturer's quality-control requirements? | 1 (.56) | 177 (99.44) | 1 (.56) | 177 (99.44) |
| 9 & 26- If you purchased this product, would you expect it to come in the original manufacturer's packaging? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 10 & 27- If you had a problem after buying this product, would you expect to be able to contact the seller? | 1 (.56) | 177 (99.44) | 0 (0) | 178 (100) |
| 11 & 28- If you purchased this product and discovered later that it was defective, would you expect to be able to get a replacement under the manufacturer's warranty? | 1 (.56) | 177 (99.44) | 0 (0) | 178 (100) |
| 12 & 29- If this product were inspected according to the manufacturer's quality-control requirements before shipment to you, how much more likely would you be to buy the product? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 13 & 30- If this product included a manufacturer's warranty, how much more likely would you be to buy the product? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 14 & 31- If you purchased this product and received a damaged, defective, or otherwise poor-quality version, how likely would you be to leave a negative review of the product on Amazon? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 15 & 32- If you purchased this product and received a counterfeit version, how likely would | 0 (0) | 178 (100) | 0 (0) | 178 (100) |

| | | | | |
|---|---|---|---|---|
| you be to leave a negative review of the product on Amazon? | | | | |
| 16 & 33- If you purchased this product, received a defective unit, and could not get a replacement under the manufacturer's warranty, how likely would you be to leave a negative review of the product on Amazon? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 17 & 34- If you purchased this product, had a problem with it, and were unable to contact the seller, how likely would you be to leave a negative review of the product on Amazon? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 18 & 35- Do you believe that the seller of this product is the manufacturer? | 0 (0) | 178 (100) | 0 (0) | 178 (100) |
| 19 & 36- Do you believe that the seller of this product is affiliated, connected, or associated with the manufacturer? | 1 (.01) | 96 (99.99) | 0 (0) | 102 (100) |

**Table 4.2:  Number of respondents who clicked or did not click additional pages by Seller (Subset FF: Respondent Count = 190)**

| Question ID & Description | Alwayz-on-sale | | Frantic Frogs | |
|---|---|---|---|---|
| | Clicked additional pages n (%) | Did not click additional pages n (%) | Clicked additional pages n (%) | Did not click additional pages n (%) |
| 37 & 54 - Who is selling the product on the Amazon website? | 5 (2.63) | 185 (97.37) | 8 (4.21) | 182 (95.79) |
| 38 & 55- For this product, is a manufacturer's warranty offered? | 1 (.53) | 189 (99.47) | 3 (1.58) | 187 (98.42) |
| 39 & 56- For this product, who offers the warranty? | 0 (0) | 146 (100) | 2 (1.29) | 153 (98.71) |
| 40 & 57- If you purchased this product, would you expect it to have been inspected before shipping according to the manufacturer's quality-control requirements? | 3 (1.58) | 187 (99.42) | 3 (1.58) | 187 (98.42) |
| 41 & 58- If you purchased this product, would you expect it to have been handled according to the manufacturer's quality-control requirements? | 0 (0) | 190 (100) | 3 (1.58) | 187 (98.42) |
| 42 & 59- If you purchased this product, would you expect it to have been shipped to you according to the manufacturer's quality-control requirements? | 0 (0) | 190 (100) | 2 (1.05) | 188 (98.95) |

| | | | | |
|---|---|---|---|---|
| 43 & 60- If you purchased this product, would you expect it to come in the original manufacturer's packaging? | 2 (1.05) | 188 (98.95) | 0 (0) | 190 (100) |
| 44 & 61- If you had a problem after buying this product, would you expect to be able to contact the seller? | 5 (2.63) | 185 (97.37) | 2 (1.05) | 188 (98.95) |
| 45 & 62- If you purchased this product and discovered later that it was defective, would you expect to be able to get a replacement under the manufacturer's warranty? | 1 (.53) | 189 (99.47) | 1 (.53) | 189 (99.47) |
| 46 & 63- If this product were inspected according to the manufacturer's quality-control requirements before shipment to you, how much more likely would you be to buy the product? | 1 (.53) | 189 (99.47) | 0 (0) | 190 (100) |
| 47 & 64- If this product included a manufacturer's warranty, how much more likely would you be to buy the product? | 0 (0) | 190 (100) | 0 (0) | 190 (100) |
| 48 & 65- If you purchased this product and received a damaged, defective, or otherwise poor-quality version, how likely would you be to leave a negative review of the product on Amazon? | 0 (0) | 190 (100) | 0 (0) | 190 (100) |
| 49 & 66- If you purchased this product and received a counterfeit version, how likely would you be to leave a negative review of the product on Amazon? | 0 (0) | 190 (100) | 0 (0) | 190 (100) |
| 50 & 67- If you purchased this product, received a defective unit, and could not get a replacement under the manufacturer's warranty, how likely would you be to leave a negative review of the product on Amazon? | 0 (0) | 190 (100) | 0 (0) | 190 (100) |
| 51 & 68- If you purchased this product, had a problem with it, and were unable to contact the seller, how likely would you be to leave a negative review of the product on Amazon? | 0 (0) | 190 (100) | 0 (0) | 190 (100) |
| 52 & 69- Do you believe that the seller of this product is the manufacturer? | 0 (0) | 190 (100) | 1 (.53) | 189 (99.47) |
| 53 & 70- Do you believe that the seller of this product is affiliated, connected, or associated with the manufacturer? | 0 (0) | 119 (100) | 0 (0) | 123 (100) |

## Appendix 5:  Questionnaire

| STUDY INFORMATION: |
|---|
| Capture All Screening Data: Yes<br>Landing Page: None<br>Disable Back Button: Yes<br>Image Encryption: No<br>* Copied from 20190763 but treat as new * |

| SAMPLE SPECIFICATIONS: |
|---|
| Sample Source: ACOP<br>Screener Incentive: Drawing<br>Survey Incentive: 200 pts<br>Description of Sample: US 50+ DC, 50/50 M/F, Ages 18+, no marketing, pr, advertising |

| SAMPLING QUOTAS: |
|---|
| Total (n=410)<br><br>GROUP 1 (n=205)<br>GROUP 2 (n=205)<br>NO GROUP (n=200)<br><br>DNQ998 CHEATER QUESTION |

### QUESTIONNAIRE MAP

| L1 | **TYPE:** Login Question | **ALIAS:** Login |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Please enter your first name and email address in the boxes below.

(PAGE BREAK)

| T1 | **TYPE:** HTML / Text Block | **ALIAS:** ACOP Introduction - Drawing |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Thanks for agreeing to complete this brief screening questionnaire. You will be entered into a monthly drawing for one of five $100 Amazon Gift Cards.

Your individual answers will be anonymous and strictly confidential, of course. Once you answer all of the questions on a page, please click on the "Continue" button.

| T19 | **TYPE:** HTML / Text Block | **ALIAS:** Outside Provider Intro Text |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Thanks for agreeing to complete this brief screening questionnaire.

Once you answer all of the questions on a page, please click the "Continue" button.

(PAGE BREAK)

| S1 | **TYPE:** Single Response | **ALIAS:** Purchased Online P12M |
|----|----|----|
| | **LOGIC INSTRUCTIONS:** | |

Have you ever purchased anything online?
(Choose One Answer)

1    Yes
2    No
3    Don't remember

(PAGE BREAK)

| S2 | **TYPE:** Single Response | **ALIAS:** When Last Online Purchase |
|----|----|----|
| | **LOGIC INSTRUCTIONS:** ASK IF S1 CODE 1, OTHERWISE SKIP TO S3 | |

When did you last purchase something online?
(Choose One Answer)

1    This week
2    Not this week, but within the last month
3    Not this month, but within the last year
4    More than a year ago
5    Don't remember

(PAGE BREAK)

| S3 | **TYPE:** Single Response | **ALIAS:** Expect to Make Online Purchase |
|----|----|----|
| | **LOGIC INSTRUCTIONS:** | |

Do you expect to purchase anything online in the next year?
(Choose One Answer)

1    Yes
2    No
3    Not sure if I will

(PAGE BREAK)

| S4 | **TYPE:** Single Response | **ALIAS:** When Expect to Purchase Online |
|----|----|----|
| | **LOGIC INSTRUCTIONS:** ASK IF S3 CODE 1 OTHERWISE MARK AS "NO GROUP" QUOTA AND SKIP TO T7.<br><br>REMOVE CODE 5 | |

When do you expect to purchase something online?
(Choose One Answer)

1    This week
2    Not this week, but within the next month
3    Not this month, but within the next year
4    Don't know

(PAGE BREAK)

| S5 | **TYPE:** Numeric Open End | **ALIAS:** Cheater - Addition |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASK IF S4 CODE 1-3, OTHERWISE MARK AS "NO GROUP" QUOTA AND SKIP TO T7.<br><br>MUST ENTER CORRECT ANSWER TO MATH PROBLEM; OTHERWISE DNQ998; VALUES FOR X AND Y SHOULD BE SINGLE DIGIT NUMBERS RANDOMLY CREATED FOR EACH RESPONDENT. PLEASE DO NOT HAVE BOTH DIGITS BE ZERO. | |

For quality-control purposes, please solve the addition problem below.
()

+                            (Please Type Your Answer In The Box)

(PAGE BREAK)

| T3 | **TYPE:** HTML / Text Block | **ALIAS:** ACOP Qualify Text - Drawing |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Thanks for completing this screening questionnaire. You have been entered into the monthly drawing for one of five $100 Amazon Gift Card.

You are invited to participate in the survey. It will take about 10 minutes to finish.
{{respondent.incentive_amount}} Points will be posted to your account within two weeks once you complete this questionnaire by the date specified on our email.

Your individual answers will be anonymous and strictly confidential, of course. Once you answer all of the questions on a page, please click on the "Continue" button.

| T20 | **TYPE:** HTML / Text Block | **ALIAS:** Outside Provider Qualify Text |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Thanks for completing this screening questionnaire.

You are invited to participate in the survey.

Once you answer all of the questions on a page, please click on the "Continue" button.

(PAGE BREAK)

| Q1 | **TYPE:** Multiple Response | **ALIAS:** Websites |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** RANDOMIZE, DNR CODE 15<br>IF S1 CODE 1 INSERT "purchased", OTHERWISE INSERT "expect to purchase" | |

Previously, you indicated that you {{gstrInsertQ1}} one or more items online. What websites are you most likely to use when you make purchases?
(Choose All Correct Answers)

1    Amazon
2    Walmart
3    Target
4    Wayfair
5    eBay
6    Macy's or other department stores
7    Best Buy or other electronics stores
8    Costco
9    Apple
10   Home Depot or Lowe's
11   Local grocery
12   Zappos or other shoe sites
13   Etsy or other gifts
14   FTD or other florists
15   Other (Please Type In The Other Site)

(PAGE BREAK)

| Q2 | **TYPE:** Single Response | **ALIAS:** Ever Purchased From Amazon |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASK IF Q1 NOT CODE 1, OTHERWISE SKIP TO T2 | |

In your selections of websites you are likely to use, you did not mention Amazon. Have you ever purchased a product or products from Amazon?
(Choose One Answer)

1    Yes
2    No
3    Don't remember

(PAGE BREAK)

| T2 | **TYPE:** HTML / Text Block | **ALIAS:** Survey Intro |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASSIGN RESPONDENT TO GROUP 1 OR 2 BASED ON LEAST FILL. | |

*The following questions are more specific, having to do with a type of product sold online.*

*We're going to show you screenshots of products sold on Amazon.com, one at a time, followed by a series of questions.*

*Within the product screenshot, some of the links are working and can be clicked on to view other pages of product information. Also, within the additional pages that are available, some of these pages offer links to additional information as well.*

*The available links are to information that you might normally review before making a purchase. Please remember, not all links are available. If a link is working, your mouse's pointer will change shape when you hover over the available links.*

(PAGE BREAK)

| T9 | **TYPE:** HTML / Text Block | **ALIAS:** Transition Page |
|----|------------------------------|----------------------------|
|    | **LOGIC INSTRUCTIONS:** ASK IF GROUP 1, OTHERWISE SKIP TO T15. BLOCK RANDOMIZE T9-Q19 AND BLOCK T11-Q36. | |

*Now we will show you one product. Remember, within the product screenshot, some of the links are working and can be clicked on to view other pages of product information. If a link is working, your mouse's pointer will change shape when you hover over the available links.*

*The product screenshot will be shown on each page of the survey, and the links to other pages will also be available if you would like to review any of the additional product information.*

*After reviewing the product on the next page, and any of the additional pages that are available, you can click the "Continue" button at the bottom of the page to begin answering the questions. Our questions have to do with what you understand about the sale of the product.*

(PAGE BREAK)

| T4 | **TYPE:** Multiple Response | **ALIAS:** OB1 Intro |
|----|------------------------------|----------------------|
|    | **LOGIC INSTRUCTIONS:** SHOW 'OB Main Page' SHOW LINK TO 'OB Main Page' IMAGE AT TOP OF PAGE FOR Q3-Q19 | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99    Clicked None

(PAGE BREAK)

| Q75 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q3 |
|-----|------------------------------|----------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap

99   Clicked None

| Q3 | **TYPE:** Multi-line Text Open End | **ALIAS:** Seller of Product - OB1 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** SHOW PRODUCT 1 AT TOP OF PAGE. RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM. | |

Who is selling the product on the Amazon website?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

| |
|---|

(PAGE BREAK)

| Q76 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q4 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q4 | **TYPE:** Single Response | **ALIAS:** Manufacturer Warranty Offered- OB1 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

For this product, is a manufacturer's warranty offered?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q77 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q5 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies

7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q5 | TYPE: Multi-line Text Open End | ALIAS: Who Offers Warranty - OB1 |
|---|---|---|
| | LOGIC INSTRUCTIONS: ASK IF Q4 CODE 1, OTHERWISE SKIP TO Q6 RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM | |

For this product, who offers the warranty?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

|  |
|---|

(PAGE BREAK)

| Q78 | TYPE: Multiple Response | ALIAS: Record clicks for Q6 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q6 | TYPE: Single Response | ALIAS: Expect Inspection - OB1 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product, would you expect it to have been inspected before shipping according to the
manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q79 | TYPE: Multiple Response | ALIAS: Record clicks for Q7 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main

4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q7 | **TYPE:** Single Response | **ALIAS:** Expect Quality-Control Handling - OB1 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, would you expect it to have been handled according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q80 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q8 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q8 | **TYPE:** Single Response | **ALIAS:** Expect Shipping - OB1 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, would you expect it to have been shipped to you according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q81 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q9 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}

(Choose All Correct Answers)

| 1 | L1 OB Brand |
| 2 | L2 OB Similar items |
| 3 | L3 OB Feedback Main |
| 4 | F1 OB R and R |
| 5 | F2 OB Shipping |
| 6 | F3 OB Policies |
| 7 | F4 OB Help |
| 8 | F5 OB Gift Wrap |
| 99 | Clicked None |

| Q9 | **TYPE:** Single Response | **ALIAS:** Expect Manufacturer's Packaging - OB1 |
|----|----|----|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, would you expect it to come in the original manufacturer's packaging?
(Choose One Answer)

| 1 | Yes |
| 2 | No |
| 3 | Not sure |

(PAGE BREAK)

| Q82 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q10 |
|----|----|----|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

| 1 | L1 OB Brand |
| 2 | L2 OB Similar items |
| 3 | L3 OB Feedback Main |
| 4 | F1 OB R and R |
| 5 | F2 OB Shipping |
| 6 | F3 OB Policies |
| 7 | F4 OB Help |
| 8 | F5 OB Gift Wrap |
| 99 | Clicked None |

| Q10 | **TYPE:** Single Response | **ALIAS:** Expect Ability to Contact Seller - OB1 |
|----|----|----|
| | **LOGIC INSTRUCTIONS:** | |

If you had a problem after buying this product, would you expect to be able to contact the seller?
(Choose One Answer)

| 1 | Yes |
| 2 | No |
| 3 | Not sure |

(PAGE BREAK)

| Q83 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q11 |
|----|----|----|

69

| | LOGIC INSTRUCTIONS: |
|---|---|

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99    Clicked None

| Q11 | TYPE: Single Response | ALIAS: Expect Warranty Replacement - OB1 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product and discovered later that it was defective, would you expect to be able to get a replacement under the manufacturer's warranty?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q84 | TYPE: Multiple Response | ALIAS: Record clicks for Q12 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99    Clicked None

| Q12 | TYPE: Single Response | ALIAS: Inspection - OB1 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If this product were inspected according to the manufacturer's quality-control requirements before shipment to you, how much more likely would you be to buy the product?
(Choose One Answer)

1    Much more likely
2    Somewhat more likely
3    Would make no difference to my purchase

(PAGE BREAK)

| Q85 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q13 |
|-----|---------------------------|----------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q13 | **TYPE:** Single Response | **ALIAS:** Manufacture Warranty Likelihood to Buy-OB1 |
|-----|--------------------------|--------------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

If this product included a manufacturer's warranty, how much more likely would you be to buy the product?
(Choose One Answer)

1    Much more likely
2    Somewhat more likely
3    Would make no difference to my purchase

(PAGE BREAK)

| Q86 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q14 |
|-----|---------------------------|----------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q14 | **TYPE:** Single Response | **ALIAS:** Negative Review - Damaged Product - OB1 |
|-----|--------------------------|-----------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

If you purchased this product and received a damaged, defective, or otherwise poor-quality version, how
likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q87 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q15 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q15 | **TYPE:** Single Response | **ALIAS:** Negative Review - Counterfeit Version - OB1 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product and received a counterfeit version, how likely would you be to leave a
negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q88 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q16 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main

4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q16 | **TYPE:** Single Response | **ALIAS:** Negative Review - No Replacement - OB1 |
|-----|---------------------------|---------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                                   |

If you purchased this product, received a defective unit, and could not get a replacement under the manufacturer's warranty, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q89 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q17 |
|-----|-----------------------------|----------------------------------|
|     | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q17 | **TYPE:** Single Response | **ALIAS:** Negative Review - Unable Contact Sellr - OB1 |
|-----|---------------------------|---------------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                                         |

If you purchased this product, had a problem with it, and were unable to contact the seller, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q90 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q18 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q18 | **TYPE:** Single Response | **ALIAS:** Seller is Manufacturer - OB1 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Do you believe that the seller of this product is the manufacturer?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q91 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q19 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q19 | **TYPE:** Single Response | **ALIAS:** Seller Associated with Manufacturer - OB1 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASK IF Q18 CODE 2 OR 3, OTHERWISE SKIP TO T11 | |

Do you believe that the seller of this product is affiliated, connected or associated with the manufacturer?
(Choose One Answer)

1    Yes

74

2    No
3    Not sure

(PAGE BREAK)

| T11 | **TYPE:** HTML / Text Block | **ALIAS:** Transition Page |
|-----|----------------------------|---------------------------|
|     | **LOGIC INSTRUCTIONS:**    |                           |

*Now we will show you one product. Remember, within the product screenshot, some of the links are working and can be clicked on to view other pages of product information. If a link is working, your mouse's pointer will change shape when you hover over the available links.*

*The product screenshot will be shown on each page of the survey, and the links to other pages will also be available if you would like to review any of the additional product information.*

*After reviewing the product on the next page, and any of the additional pages that are available, you can click the "Continue" button at the bottom of the page to begin answering the questions. Our questions have to do with what you understand about the sale of the product.*

(PAGE BREAK)

| T5 | **TYPE:** Multiple Response | **ALIAS:** HH Intro |
|----|-----------------------------|---------------------|
|    | **LOGIC INSTRUCTIONS:** SHOW 'HH Main Page'<br>SHOW LINK TO 'HH Main Page' IMAGE AT TOP OF PAGE FOR Q20-Q36. | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

(PAGE BREAK)

| Q11 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q20 |
|-----|-----------------------------|----------------------------------|
| 1   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping

6     F3 HH Policies
7     F4 HH FAQ
8     F5 HH Help
9     F6 HH Gift Wrap
99    Clicked None

| Q20 | **TYPE:** Multi-line Text Open End | **ALIAS:** Seller of Product - HH |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** SHOW PRODUCT 2 AT TOP OF PAGE RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM. | |

Who is selling the product on the Amazon website?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

| |
|---|

(PAGE BREAK)

| Q11 2 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q21 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand
2     L2 HH Similar items
3     L3 HH Feedback Main
4     F1 HH R and R
5     F2 HH Shipping
6     F3 HH Policies
7     F4 HH FAQ
8     F5 HH Help
9     F6 HH Gift Wrap
99    Clicked None

| Q21 | **TYPE:** Single Response | **ALIAS:** Manufacturer Warranty Offered - HH |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

For this product, is a manufacturer's warranty offered?
(Choose One Answer)

1     Yes
2     No
3     Not sure

(PAGE BREAK)

| Q11 3 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q22 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand

76

2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

| Q22 | **TYPE:** Multi-line Text Open End | **ALIAS:** Who Offers Warranty - HH |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASK IF Q21 CODE 1, OTHERWISE SKIP TO Q23 RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM. | |

For this product, who offers the warranty?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

|  |
|---|

(PAGE BREAK)

| Q11 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q23 |
|---|---|---|
| 4 | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

| Q23 | **TYPE:** Single Response | **ALIAS:** Expect Inspection - HH |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, would you expect it to have been inspected before shipping according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q11 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q24 |
|---|---|---|
| 5 | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

| Q24 | TYPE: Single Response | ALIAS: Expect Quality-Control Handling - HH |
|-----|----------------------|---------------------------------------------|
|     | LOGIC INSTRUCTIONS: | |

If you purchased this product, would you expect it to have been handled according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q11 | TYPE: Multiple Response | ALIAS: Record clicks for Q25 |
|-----|------------------------|------------------------------|
| 6   | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

| Q25 | TYPE: Single Response | ALIAS: Expect Shipping - HH |
|-----|----------------------|-----------------------------|
|     | LOGIC INSTRUCTIONS: | |

If you purchased this product, would you expect it to have been shipped to you according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No

3     Not sure

(PAGE BREAK)

| Q117 | TYPE: Multiple Response | ALIAS: Record clicks for Q26 |
|------|-------------------------|------------------------------|
|      | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand
2     L2 HH Similar items
3     L3 HH Feedback Main
4     F1 HH R and R
5     F2 HH Shipping
6     F3 HH Policies
7     F4 HH FAQ
8     F5 HH Help
9     F6 HH Gift Wrap
99    Clicked None

| Q26 | TYPE: Single Response | ALIAS: Expect Manufacturer's Packaging - HH |
|-----|-----------------------|----------------------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, would you expect it to come in the original manufacturer's packaging?
(Choose One Answer)

1     Yes
2     No
3     Not sure

(PAGE BREAK)

| Q118 | TYPE: Multiple Response | ALIAS: Record clicks for Q27 |
|------|-------------------------|------------------------------|
|      | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand
2     L2 HH Similar items
3     L3 HH Feedback Main
4     F1 HH R and R
5     F2 HH Shipping
6     F3 HH Policies
7     F4 HH FAQ
8     F5 HH Help
9     F6 HH Gift Wrap
99    Clicked None

| Q27 | TYPE: Single Response | ALIAS: Expect Ability to Contact Seller - HH |
|-----|-----------------------|-----------------------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

If you had a problem after buying this product, would you expect to be able to contact the seller?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q11 9 | TYPE: Multiple Response | ALIAS: Record clicks for Q28 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

| Q28 | TYPE: Single Response | ALIAS: Expect Warranty Replacement- HH |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product and discovered later that it was defective, would you expect to be able to get
a replacement under the manufacturer's warranty?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q12 0 | TYPE: Multiple Response | ALIAS: Record clicks for Q29 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help

9     F6 HH Gift Wrap
99    Clicked None

| Q29 | TYPE: Single Response | ALIAS: Inspection - HH |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If this product were inspected according to the manufacturer's quality-control requirements before shipment to you, how much more likely would you be to buy the product?
(Choose One Answer)

1     Much more likely
2     Somewhat more likely
3     Would make no difference to my purchase

(PAGE BREAK)

| Q12 1 | TYPE: Multiple Response | ALIAS: Record clicks for Q30 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand
2     L2 HH Similar items
3     L3 HH Feedback Main
4     F1 HH R and R
5     F2 HH Shipping
6     F3 HH Policies
7     F4 HH FAQ
8     F5 HH Help
9     F6 HH Gift Wrap
99    Clicked None

| Q30 | TYPE: Single Response | ALIAS: Manufacture Warranty Likelihood to Buy - HH |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If this product included a manufacturer's warranty, how much more likely would you be to buy the product?
(Choose One Answer)

1     Much more likely
2     Somewhat more likely
3     Would make no difference to my purchase

(PAGE BREAK)

| Q12 2 | TYPE: Multiple Response | ALIAS: Record clicks for Q31 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand

2      L2 HH Similar items
3      L3 HH Feedback Main
4      F1 HH R and R
5      F2 HH Shipping
6      F3 HH Policies
7      F4 HH FAQ
8      F5 HH Help
9      F6 HH Gift Wrap
99     Clicked None

| Q31 | **TYPE:** Single Response | **ALIAS:** Negative Review - Damaged Product - HH |
|---|---|---|
|  | **LOGIC INSTRUCTIONS:** |  |

If you purchased this product and received a damaged, defective, or otherwise poor-quality version, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5      Definitely would leave negative review
4      Probably would leave negative review
3      Not sure
2      Probably would not leave negative review
1      Definitely would not leave negative review

(PAGE BREAK)

| Q12 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q32 |
|---|---|---|
| 3 | **LOGIC INSTRUCTIONS:** |  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1      L1 HH Brand
2      L2 HH Similar items
3      L3 HH Feedback Main
4      F1 HH R and R
5      F2 HH Shipping
6      F3 HH Policies
7      F4 HH FAQ
8      F5 HH Help
9      F6 HH Gift Wrap
99     Clicked None

| Q32 | **TYPE:** Single Response | **ALIAS:** Negative Review - Counterfeit Version - HH |
|---|---|---|
|  | **LOGIC INSTRUCTIONS:** |  |

If you purchased this product and received a counterfeit version, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5      Definitely would leave negative review
4      Probably would leave negative review
3      Not sure

2     Probably would not leave negative review
1     Definitely would not leave negative review

(PAGE BREAK)

| Q12 | TYPE: Multiple Response | ALIAS: Record clicks for Q33 |
|-----|------------------------|-----------------------------|
| 4   | LOGIC INSTRUCTIONS:    |                             |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand
2     L2 HH Similar items
3     L3 HH Feedback Main
4     F1 HH R and R
5     F2 HH Shipping
6     F3 HH Policies
7     F4 HH FAQ
8     F5 HH Help
9     F6 HH Gift Wrap
99    Clicked None

| Q33 | TYPE: Single Response | ALIAS: Negative Review - No Replacement - HH |
|-----|----------------------|----------------------------------------------|
|     | LOGIC INSTRUCTIONS:  |                                              |

If you purchased this product, received a defective unit, and could not get a replacement under the manufacturer's warranty, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5     Definitely would leave negative review
4     Probably would leave negative review
3     Not sure
2     Probably would not leave negative review
1     Definitely would not leave negative review

(PAGE BREAK)

| Q12 | TYPE: Multiple Response | ALIAS: Record clicks for Q34 |
|-----|------------------------|-----------------------------|
| 5   | LOGIC INSTRUCTIONS:    |                             |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 HH Brand
2     L2 HH Similar items
3     L3 HH Feedback Main
4     F1 HH R and R
5     F2 HH Shipping
6     F3 HH Policies
7     F4 HH FAQ
8     F5 HH Help
9     F6 HH Gift Wrap
99    Clicked None

83

| Q34 | **TYPE:** Single Response | **ALIAS:** Negative Review - Unable Contact Sellr - HH |
|-----|---------------------------|------------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                                      |

If you purchased this product, had a problem with it, and were unable to contact the seller, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q12 6 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q35 |
|-------|-----------------------------|----------------------------------|
|       | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand
2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

| Q35 | **TYPE:** Single Response | **ALIAS:** Seller is Manufacturer - HH |
|-----|---------------------------|----------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                        |

Do you believe that the seller of this product is the manufacturer?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q12 7 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q36 |
|-------|-----------------------------|----------------------------------|
|       | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 HH Brand

2    L2 HH Similar items
3    L3 HH Feedback Main
4    F1 HH R and R
5    F2 HH Shipping
6    F3 HH Policies
7    F4 HH FAQ
8    F5 HH Help
9    F6 HH Gift Wrap
99   Clicked None

| Q36 | TYPE: Single Response | ALIAS: Seller Associated with Manufacturer - HH |
|-----|----------------------|---|
| | LOGIC INSTRUCTIONS: ASK IF Q35 CODE 2 OR 3, OTHERWISE SKIP TO T15 | |

Do you believe that the seller of this product is affiliated, connected, or associated with the manufacturer?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| T15 | TYPE: HTML / Text Block | ALIAS: Transition Page |
|-----|----------------------|---|
| | LOGIC INSTRUCTIONS: ASK IF GROUP 2, OTHERWISE SKIP TO Q71.<br>BLOCK RANDOMIZE T14-Q53 AND BLOCK T16-Q70. | |

*Now we will show you one product. Remember, within the product screenshot, some of the links are working and can be clicked on to view other pages of product information. If a link is working, your mouse's pointer will change shape when you hover over the available links.*

*The product screenshot will be shown on each page of the survey, and the links to other pages will also be available if you would like to review any of the additional product information.*

*After reviewing the product on the next page, and any of the additional pages that are available, you can click the "Continue" button at the bottom of the page to begin answering the questions. Our questions have to do with what you understand about the sale of the product.*

(PAGE BREAK)

| T14 | TYPE: Multiple Response | ALIAS: OB2 Intro |
|-----|----------------------|---|
| | LOGIC INSTRUCTIONS: SHOW 'OB Main Page'<br>SHOW LINK TO 'OB Main Page' IMAGE AT TOP OF PAGE FOR Q37-Q53 | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies

7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

(PAGE BREAK)

| **Q93** | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q37 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| **Q37** | **TYPE:** Multi-line Text Open End | **ALIAS:** Seller of Product - OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** SHOW PRODUCT 1 AT TOP OF PAGE RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM. | |

Who is selling the product on the Amazon website?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

[                                                                ]

(PAGE BREAK)

| **Q94** | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q38 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| **Q38** | **TYPE:** Single Response | **ALIAS:** Manufacturer Warranty Offered- OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

For this product, is a manufacturer's warranty offered?

(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q95 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q39 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q39 | **TYPE:** Multi-line Text Open End | **ALIAS:** Who Offers Warranty - OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASK IF Q38 CODE 1, OTHERWISE SKIP TO Q40 RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM. | |

For this product, who offers the warranty?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

| |
|---|

(PAGE BREAK)

| Q96 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q40 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q40 | **TYPE:** Single Response | **ALIAS:** Expect Inspection - OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, would you expect it to have been inspected before shipping according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q97 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q41 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q41 | **TYPE:** Single Response | **ALIAS:** Expect Quality-Control Handling - OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, would you expect it to have been handled according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q98 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q42 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help

8    F5 OB Gift Wrap
99    Clicked None

| Q42 | TYPE: Single Response | ALIAS: Expect Shipping - OB2 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product, would you expect it to have been shipped to you according to the
manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q99 | TYPE: Multiple Response | ALIAS: Record clicks for Q43 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99    Clicked None

| Q43 | TYPE: Single Response | ALIAS: Expect Manufacturer's Packaging - OB2 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product, would you expect it to come in the original manufacturer's packaging?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q10 0 | TYPE: Multiple Response | ALIAS: Record clicks for Q44 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main

4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99    Clicked None

| Q44 | **TYPE:** Single Response | **ALIAS:** Expect Ability to Contact Seller - OB2 |
|-----|---------------------------|--------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                                  |

If you had a problem after buying this product, would you expect to be able to contact the seller?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q10 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q45 |
|-----|-----------------------------|----------------------------------|
| 1   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99    Clicked None

| Q45 | **TYPE:** Single Response | **ALIAS:** Expect Warranty Replacement- OB2 |
|-----|---------------------------|---------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                             |

If you purchased this product and discovered later that it was defective, would you expect to be able to get a replacement under the manufacturer's warranty?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q10 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q46 |
|-----|-----------------------------|----------------------------------|
| 2   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q46 | **TYPE:** Single Response | **ALIAS:** Inspection - OB2 |
|---|---|---|
|  | **LOGIC INSTRUCTIONS:** | |

If this product were inspected according to the manufacturer's quality-control requirements before shipment to you, how much more likely would you be to buy the product?
(Choose One Answer)

1    Much more likely
2    Somewhat more likely
3    Would make no difference to my purchase

(PAGE BREAK)

| Q10 3 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q47 |
|---|---|---|
|  | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q47 | **TYPE:** Single Response | **ALIAS:** Manufacture Warranty Likelihood to Buy-OB2 |
|---|---|---|
|  | **LOGIC INSTRUCTIONS:** | |

If this product included a manufacturer's warranty, how much more likely would you be to buy the product?
(Choose One Answer)

1    Much more likely
2    Somewhat more likely
3    Would make no difference to my purchase

(PAGE BREAK)

| Q10 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q48 |
|---|---|---|
| 4 | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q48 | **TYPE:** Single Response | **ALIAS:** Negative Review - Damaged Product - OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product and received a damaged, defective, or otherwise poor-quality version, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q10 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q49 |
|---|---|---|
| 5 | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q49 | **TYPE:** Single Response | **ALIAS:** Negative Review - Counterfeit Version - OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product and received a counterfeit version, how likely would you be to leave a negative review of the product on Amazon?

(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q10 6 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q50 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping
6    F3 OB Policies
7    F4 OB Help
8    F5 OB Gift Wrap
99   Clicked None

| Q50 | **TYPE:** Single Response | **ALIAS:** Negative Review - No Replacement - OB2 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, received a defective unit, and could not get a replacement under the manufacturer's warranty, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q10 7 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q51 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 OB Brand
2    L2 OB Similar items
3    L3 OB Feedback Main
4    F1 OB R and R
5    F2 OB Shipping

93

6     F3 OB Policies
7     F4 OB Help
8     F5 OB Gift Wrap
99    Clicked None

| Q51 | **TYPE:** Single Response | **ALIAS:** Negative Review - Unable Contact Sellr - OB2 |
|-----|--------------------------|--------------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, had a problem with it, and were unable to contact the seller, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5     Definitely would leave negative review
4     Probably would leave negative review
3     Not sure
2     Probably would not leave negative review
1     Definitely would not leave negative review

(PAGE BREAK)

| Q10 8 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q52 |
|-------|----------------------------|----------------------------------|
|       | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 OB Brand
2     L2 OB Similar items
3     L3 OB Feedback Main
4     F1 OB R and R
5     F2 OB Shipping
6     F3 OB Policies
7     F4 OB Help
8     F5 OB Gift Wrap
99    Clicked None

| Q52 | **TYPE:** Single Response | **ALIAS:** Seller is Manufacturer - OB2 |
|-----|--------------------------|------------------------------------------|
|     | **LOGIC INSTRUCTIONS:** | |

Do you believe that the seller of this product is the manufacturer?
(Choose One Answer)

1     Yes
2     No
3     Not sure

(PAGE BREAK)

| Q10 9 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q53 |
|-------|----------------------------|----------------------------------|
|       | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}

(Choose All Correct Answers)

1     L1 OB Brand
2     L2 OB Similar items
3     L3 OB Feedback Main
4     F1 OB R and R
5     F2 OB Shipping
6     F3 OB Policies
7     F4 OB Help
8     F5 OB Gift Wrap
99    Clicked None

| Q53 | **TYPE:** Single Response | **ALIAS:** Seller Associated with Manufacturer - OB2 |
|-----|---------------------------|---|
|     | **LOGIC INSTRUCTIONS:** ASK IF Q52 CODE 2 OR 3, OTHERWISE SKIP TO T16 | |

Do you believe that the seller of this product is affiliated, connected, or associated with the manufacturer?
(Choose One Answer)

1     Yes
2     No
3     Not sure

(PAGE BREAK)

| T16 | **TYPE:** HTML / Text Block | **ALIAS:** Transition Page |
|-----|------------------------------|---|
|     | **LOGIC INSTRUCTIONS:** | |

*Now we will show you one product. Remember, within the product screenshot, some of the links are working and can be clicked on to view other pages of product information. If a link is working, your mouse's pointer will change shape when you hover over the available links.*

*The product screenshot will be shown on each page of the survey, and the links to other pages will also be available if you would like to review any of the additional product information.*

*After reviewing the product on the next page, and any of the additional pages that are available, you can click the "Continue" button at the bottom of the page to begin answering the questions. Our questions have to do with what you understand about the sale of the product.*

(PAGE BREAK)

| T13 | **TYPE:** Multiple Response | **ALIAS:** FF Intro |
|-----|------------------------------|---|
|     | **LOGIC INSTRUCTIONS:** SHOW 'FF Main Page' SHOW LINK TO 'FF Main Page' IMAGE AT TOP OF PAGE FOR Q54-Q70 | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 FF Brand
2     L2 FF Similar items
3     L3 FF Feedback Main
4     F1 FF R and R
5     F2 FF Shipping

6     F3 FF Policies
7     F4 FF Help
8     F5 FF Gift Wrap
99    Clicked None

(PAGE BREAK)

| Q12 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q54 |
|---|---|---|
| **9** | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 FF Brand
2     L2 FF Similar items
3     L3 FF Feedback Main
4     F1 FF R and R
5     F2 FF Shipping
6     F3 FF Policies
7     F4 FF Help
8     F5 FF Gift Wrap
99    Clicked None

| Q54 | **TYPE:** Multi-line Text Open End | **ALIAS:** Seller of Product - FF |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** SHOW PRODUCT 2 AT TOP OF PAGE<br>RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM. | |

Who is selling the product on the Amazon website?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

| |
|---|

(PAGE BREAK)

| Q13 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q55 |
|---|---|---|
| **0** | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 FF Brand
2     L2 FF Similar items
3     L3 FF Feedback Main
4     F1 FF R and R
5     F2 FF Shipping
6     F3 FF Policies
7     F4 FF Help
8     F5 FF Gift Wrap
99    Clicked None

| Q55 | **TYPE:** Single Response | **ALIAS:** Manufacturer Warranty Offered - FF |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

For this product, is a manufacturer's warranty offered?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q13 | TYPE: Multiple Response | ALIAS: Record clicks for Q56 |
|-----|-------------------------|------------------------------|
| 1   | LOGIC INSTRUCTIONS:     | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q56 | TYPE: Multi-line Text Open End | ALIAS: Who Offers Warranty - FF |
|-----|--------------------------------|----------------------------------|
| | LOGIC INSTRUCTIONS: ASK IF Q55 CODE 1, OTHERWISE SKIP TO Q57 RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM. | |

For this product, who offers the warranty?
(Please Type Your Answers In The Box Below. Please Be Specific And Include Details.)

| |
|---|

(PAGE BREAK)

| Q13 | TYPE: Multiple Response | ALIAS: Record clicks for Q57 |
|-----|-------------------------|------------------------------|
| 2   | LOGIC INSTRUCTIONS:     | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q57 | TYPE: Single Response | ALIAS: Expect Inspection - FF |
|-----|-----------------------|-------------------------------|

| | LOGIC INSTRUCTIONS: |
|---|---|

If you purchased this product, would you expect it to have been inspected before shipping according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q13 3 | TYPE: Multiple Response | ALIAS: Record clicks for Q58 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99    Clicked None

| Q58 | TYPE: Single Response | ALIAS: Expect Quality-Control Handling - FF |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product, would you expect it to have been handled according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q13 4 | TYPE: Multiple Response | ALIAS: Record clicks for Q59 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies

7    F4 FF Help
8    F5 FF Gift Wrap
99    Clicked None

| Q59 | TYPE: Single Response | ALIAS: Expect Shipping - FF |
|-----|----------------------|----------------------------|
|     | LOGIC INSTRUCTIONS:  |                            |

If you purchased this product, would you expect it to have been shipped to you according to the manufacturer's quality-control requirements?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q13 5 | TYPE: Multiple Response | ALIAS: Record clicks for Q60 |
|-------|------------------------|------------------------------|
|       | LOGIC INSTRUCTIONS:    |                              |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99    Clicked None

| Q60 | TYPE: Single Response | ALIAS: Expect Manufacturer's Packaging - FF |
|-----|----------------------|---------------------------------------------|
|     | LOGIC INSTRUCTIONS:  |                                             |

If you purchased this product, would you expect it to come in the original manufacturer's packaging?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q13 6 | TYPE: Multiple Response | ALIAS: Record clicks for Q61 |
|-------|------------------------|------------------------------|
|       | LOGIC INSTRUCTIONS:    |                              |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items

3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q61 | **TYPE:** Single Response | **ALIAS:** Expect Ability to Contact Seller - FF |
|-----|--------------------------|------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**  |                                                |

If you had a problem after buying this product, would you expect to be able to contact the seller?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q13 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q62 |
|-----|-----------------------------|----------------------------------|
| 7   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q62 | **TYPE:** Single Response | **ALIAS:** Expect Warranty Replacement - FF |
|-----|--------------------------|---------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**  |                                             |

If you purchased this product and discovered later that it was defective, would you expect to be able to get
a replacement under the manufacturer's warranty?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q13 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q63 |
|-----|-----------------------------|----------------------------------|
| 8   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}

(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q63 | **TYPE:** Single Response | **ALIAS:** Inspection - FF |
|-----|---------------------------|---------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                           |

If this product were inspected according to the manufacturer's quality-control requirements before shipment to you, how much more likely would you be to buy the product?
(Choose One Answer)

1    Much more likely
2    Somewhat more likely
3    Would make no difference to my purchase

(PAGE BREAK)

| Q13 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q64 |
|-----|-----------------------------|----------------------------------|
| 9   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q64 | **TYPE:** Single Response | **ALIAS:** Manufacture Warranty Likelihood to Buy - FF |
|-----|---------------------------|--------------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                                        |

If this product included a manufacturer's warranty, how much more likely would you be to buy the product?
(Choose One Answer)

1    Much more likely
2    Somewhat more likely
3    Would make no difference to my purchase

(PAGE BREAK)

101

| Q14 0 | TYPE: Multiple Response | ALIAS: Record clicks for Q65 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q65 | TYPE: Single Response | ALIAS: Negative Review - Damaged Product - FF |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product and received a damaged, defective, or otherwise poor-quality version, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q14 1 | TYPE: Multiple Response | ALIAS: Record clicks for Q66 |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q66 | TYPE: Single Response | ALIAS: Negative Review - Counterfeit Version - FF |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

If you purchased this product and received a counterfeit version, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q14 2 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q67 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q67 | **TYPE:** Single Response | **ALIAS:** Negative Review - No Replacement - FF |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

If you purchased this product, received a defective unit, and could not get a replacement under the manufacturer's warranty, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q14 3 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q68 |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R

5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q68 | **TYPE:** Single Response | **ALIAS:** Negative Review - Unable Contact Sellr - FF |
|-----|---------------------------|--------------------------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                                        |

If you purchased this product, had a problem with it, and were unable to contact the seller, how likely would you be to leave a negative review of the product on Amazon?
(Choose One Answer)

5    Definitely would leave negative review
4    Probably would leave negative review
3    Not sure
2    Probably would not leave negative review
1    Definitely would not leave negative review

(PAGE BREAK)

| Q14 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q69 |
|-----|-----------------------------|----------------------------------|
| 4   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1    L1 FF Brand
2    L2 FF Similar items
3    L3 FF Feedback Main
4    F1 FF R and R
5    F2 FF Shipping
6    F3 FF Policies
7    F4 FF Help
8    F5 FF Gift Wrap
99   Clicked None

| Q69 | **TYPE:** Single Response | **ALIAS:** Seller is Manufacturer - FF |
|-----|---------------------------|-----------------------------------------|
|     | **LOGIC INSTRUCTIONS:**   |                                         |

Do you believe that the seller of this product is the manufacturer?
(Choose One Answer)

1    Yes
2    No
3    Not sure

(PAGE BREAK)

| Q14 | **TYPE:** Multiple Response | **ALIAS:** Record clicks for Q70 |
|-----|-----------------------------|----------------------------------|
| 5   | **LOGIC INSTRUCTIONS:**     |                                  |

{{CLICKABLE_IMAGE}}
(Choose All Correct Answers)

1     L1 FF Brand
2     L2 FF Similar items
3     L3 FF Feedback Main
4     F1 FF R and R
5     F2 FF Shipping
6     F3 FF Policies
7     F4 FF Help
8     F5 FF Gift Wrap
99    Clicked None

| Q70 | TYPE: Single Response | ALIAS: Seller Associated with Manufacturer - FF |
|---|---|---|
| | LOGIC INSTRUCTIONS: ASK IF Q69 CODE 2 OR 3, OTHERWISE SKIP TO Q71 | |

Do you believe that the seller of this product is affiliated, connected, or associated with the manufacturer?
(Choose One Answer)

1     Yes
2     No
3     Not sure

(PAGE BREAK)

| Q71 | TYPE: Multi-line Text Open End | ALIAS: Cheater - Survey Topic Open End |
|---|---|---|
| | LOGIC INSTRUCTIONS: RESTRICT RESPONSE TO 140 CHARACTERS MAXIMUM | |

For quality-control purposes, please tell us the main topic of this survey.
(Please Type Your Answer In The Box Below.)

| |
|---|

(PAGE BREAK)

| T7 | TYPE: HTML / Text Block | ALIAS: Demo Intro Text |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

The following questions are for statistical purposes only. Your individual answers will be anonymous and strictly confidential.

(PAGE BREAK)

| Q72 | TYPE: Single Response | ALIAS: Gender |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

Are you...?
(Choose One Answer)

1     Male
2     Female

(PAGE BREAK)

| Q74 | **TYPE:** Single Response | **ALIAS:** Age |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

What is your age?
(Choose One Answer)

1    Under 18
2    18 to 24
3    25 to 34
4    35 to 44
5    45 to 54
6    55 to 64
7    65 or older
8    Prefer not to say

(PAGE BREAK)

| T8 | **TYPE:** HTML / Text Block | **ALIAS:** ACOP Completed Text |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Thanks for completing this survey. {{respondent.incentive_amount}} Points will be posted to your account within two weeks.