IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00626-DME-KLM

OTTER PRODUCTS, LLC, and TREEFROG
DEVELOPMENTS, INC.,

    Plaintiffs,

v.

BIG BIRDS, LLC, DAVE'S MARKET, LLC, DAVID
PAIGE, JUDAH HOLLAND, and
JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants,

BIG BIRDS, LLC and DAVE'S MARKET, LLC,

    Counterclaim-Plaintiffs,

v.

OTTER PRODUCTS, LLC, and TREEFROG
DEVELOPMENTS, INC.,

    Counterclaim-Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 118).

IT IS ORDERED THAT the Trial Preparation Conference scheduled on July 1, 2022, and the Jury Trial scheduled to begin on July 11, 2022, are vacated.

IT IS THEREFORE ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.

Dated: May 23, 2022

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE